IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| City of Evanston, an Illinois Municipal Corporation, | ) ) ) | Case No. 16-CV-5692 |
| Plaintiff, | ) ) | Judge John Z. Lee |
| v. | ) ) | Magistrate Judge Maria Valdez |
| Northern Illinois Gas Company, an Illinois Corporation, and Commonwealth Edison Company, an Illinois Corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT MOTION TO DISMISS**

For the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference, Defendants Northern Illinois Gas Company and Commonwealth Edison Company hereby move to dismiss Plaintiff City of Evanston's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).


Dated: July 25, 2016                                                Respectfully submitted,


Mark R. Ter Molen                                    NORTHERN ILLINOIS GAS COMPANY,
J. Gregory Deis                                         d/b/a NICOR GAS COMPANY
Jaimy L. Hamburg
Matthew C. Sostrin
Mayer Brown LLP
71 South Wacker Drive                             By: /s/ Mark R. Ter Molen
Chicago, Illinois 60606-4637                                    One of its Attorneys
Telephone: (312) 782-0600

*Counsel to Northern Illinois Gas Company*

| | |
|---|---|
| Gabrielle Sigel<br>Andrew W. Vail<br>Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, Illinois 60654<br>Telephone: (312) 222-9350 | COMMONWEALTH EDISON COMPANY<br><br>By: /s/ Gabrielle Sigel<br>　　　One of its Attorneys |

*Counsel to Commonwealth Edison Company*

## CERTIFICATE OF SERVICE

I, Mark R. Ter Molen, hereby certify that on July 25, 2016, I electronically filed the foregoing **Joint Motion to Dismiss** via the Court's CM/ECF system, which will deliver electronic notice of filing to all counsel of record.

/s/  Mark R. Ter Molen