# Exhibit 1

0310815350 - Cook Co
James Park
General
Correspondence
File

IEPA - DIVISION OF RECORDS MANAGEMENT
RELEASABLE

JAN 24 2014

REVIEWER RDH

**Protecting Our Water Environment**

**Metropolitan Water Reclamation District of Greater Chicago**
100 EAST ERIE STREET    CHICAGO, ILLINOIS 60611-3154    312.751.5600

BOARD OF COMMISSIONERS
Terrence J. O'Brien, President
Barbara J. McGowan, Vice President
Cynthia M. Santos, Chairman of Finance
Michael A. Alvarez
Frank Avila
Patricia Horton
Kathleen Therese Meany
Debra Shore
Mariyana T. Spyropoulos

DAVID ST. PIERRE
Executive Director

312.751.7900   f: 312.751.7926
david.stpierre@mwrd.org

November 29, 2012

**Via Fed Ex**

The Honorable Elizabeth B. Tisdahl
Mayor, City of Evanston
2100 Ridge Avenue
Evanston, IL 60201

RE: Metropolitan Water Reclamation District of Greater Chicago Environmental Concerns Identified During Investigation Activities at Terrence J. O'Brien Water Reclamation Plant File 12TM034

Dear Mayor Tisdahl:

As part of the Metropolitan Water Reclamation District of Greater Chicago's ("District") ongoing facility improvements, the District recently conducted geotechnical subsurface investigations at its Terrence J. O'Brien Water Reclamation Plant ("O'Brien Plant") located at the northwest intersection of Howard Street and McCormick Boulevard in Skokie. Please note that the O'Brien Plant is referred to as the North Side Water Reclamation Plant throughout the attached report. Upon the discovery of oily material in bedrock at the O'Brien Plant, the District hired an environmental engineering company to investigate the nature of the contamination and, if possible, to determine its source. The District's consultant conducted this investigation in September and October 2012.

That investigation identified the presence of concentrated methane-containing gas under pressure in the bedrock below the O'Brien Plant as well as the presence of oily material in the bedrock. The District commenced an investigation as to the potential sources of the contamination both on the O'Brien Plant property itself and from the former manufactured gas plant ("MGP") area existing to the north of the O'Brien Plant. The nature of the release suggests it is not related to the O'Brien Plant or the properties located to the north of it, including the former MGP site. Independent chemical analysis and fingerprinting of the gas and bedrock indicate that the material is likely related to a landfill source. During further investigation, the District became aware that the City of Evanston ("City") owns a nearby park ("James Park") that was historically a clay borrow pit that was subsequently filled with landfill-type material. (The District requested information on the former landfill from the City through a Freedom of Information Act request.) In addition, the District has evaluated historical photographs of nearby-site areas. The location and historical use of the James Park property, the historical

The Honorable Elizabeth B. Tisdahl
Mayor, City of Evanston
November 29, 2012
Page 2

photographs, along with our independent chemical analysis and finger printing, suggests that the former landfill is the likely source of the observed methane gas and the oily material detected during the sampling at the O'Brien Plant.

Because the District is concerned that the release of the methane gas to the surface of James Park or other areas could give rise to potentially hazardous conditions, we are notifying both you and the Illinois Environmental Protection Agency of our findings and providing you with a copy of the Phase II Environmental Site Assessment dated November 2012 and prepared by Tetra Tech EM, Incorporated.

If you have any questions, or would like to discuss our findings, please contact the undersigned at 312-751-7902 or our Engineer of Site Remediation, Mark Leibrock, at 708-588-4314.

Very truly yours,

David St. Pierre
Executive Director

DStP:RMH:SM:rg

cc: Illinois Environmental Protection Agency
     Greg Klaiber, Fire Chief
     Douglas Gaynor, Director of Parks, Recreation & Community Services

Enclosure