# Exhibit 2

MAYER·BROWN

Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel +1 312 782 0600
Main Fax +1 312 701 7711
www.mayerbrown.com

July 29, 2014

**Mark R. Ter Molen**
Direct Tel +1 312 701 7307
Direct Fax +1 312 706 9115
mtermolen@mayerbrown.com

<u>**VIA EMAIL AND U.S. MAIL**</u>

W. Grant Farrar
Corporation Counsel
City of Evanston
Law Department
2100 Ridge Avenue
Evanston, IL 60201-2798

Re:   <u>City of Evanston vs. Nicor Gas</u>

Dear Mr. Farrar:

This follows my July 10 letter to Chief Klaiber as the substantive response of Nicor Gas Company ("Nicor") to the "Order" from the City of Evanston ("City"), dated July 3, 2014 (the "Order"). The Order requests documents and certain actions from Nicor that the City states are relevant to the 2012 discovery by the Metropolitan Water Reclamation District ("MWRD") of elevated levels of methane in the area of the James Park landfill site (the "James Park Landfill"). Putting aside questions of the legal significance of the Order, Nicor provides responses to the requests in the Order here in the spirit of continued cooperation with the City.

Nicor values its longstanding working relationship with the City. In that context, Nicor has cooperated with the City and shared information in an open and transparent dialogue. We had understood that the City was committed to the same process.

Nicor has now learned that in November 2012, the MWRD notified the City of the methane concern at the James Park Landfill. In this same communication, the MWRD told the City that the MWRD had investigated the potential sources of the methane, and determined that: (a) the likely source of the methane was the former landfill beneath what is now James Park, which landfill was closed without incorporating the safety and monitoring requirements now required for such landfills; and (b) the former manufactured gas plant ("MGP") across the sanitary canal from the James Park Landfill and neighboring properties was not the source of the methane.

The City has not disclosed the MWRD report to Nicor. Nicor has also learned that the City's legal counsel hosted a June 11, 2014 conference call with the Illinois EPA regarding the issue of the methane gas, during which call the City's counsel specifically pointed a finger at Nicor. Nicor was not invited to or notified of that conference call.

Attached is a chronology of relevant events and all Nicor communications with the City regarding the James Park Landfill, which demonstrates our ongoing cooperation and timeliness.

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.

Mayer Brown LLP

City of Evanston
July 29, 2014
Page 2

## Nicor's Requests for Information

Nicor requests that the City explain why the City disagrees with the conclusions set forth in the 2012 report. As an example, the MWRD's testing of the gas found in the ground indicated that the gas was from a landfill. Specifically, why does the City disagree with this testing, if it disagrees? Understanding the City's reasoning will assist Nicor in responding to the City's concerns in this matter.

Additionally, so that Nicor can better assist the City in this effort, Nicor requests that it be provided the same information as is available to the City regarding this issue. We request electronic copies (or if electronic copies are not available, printed copies) of the following records. Once the City has provided this information Nicor looks forward to discussing potential next steps in the investigation process:

1. Documents containing historical information related to the landfill site located in James Park in the City of Evanston, including but not limited to records indicating the dates of use, the activities conducted, the content and volume of materials deposited, regulatory compliance and inspection records, and any citizen complaints.

2. Documents related to methane testing in James Park and the surrounding areas of the City of Evanston conducted in 2014 or at any other time, including but not limited to the testing protocol used and results collected.

3. Documents and other information that the City believes support a view that methane gas in the area of the James Park Landfill results from current or historic Nicor operations or facilities.

4. Documents and other information relating to the design, construction, operation and monitoring of the gathering system and/or flare to address the methane.

5. All historical aerial photos associated with the James Park and surrounding area.

The foregoing requests are submitted pursuant to the Illinois Freedom of Information Act ("FOIA"), 5 ILCS 140/1 *et seq.*

## City's Additional Requests for Information from Nicor

With respect to the City's additional requests for information contained in the Order, it is important to put the requests in the context of what is known. The relevant facts known to Nicor are as follows:

- The methane detected in the area of the James Park Landfill is at a depth of 40 feet or more.

710564921

Mayer Brown LLP

City of Evanston
July 29, 2014
Page 3

- The methane detected at that depth is being measured at a pressure greater than 300 inches of water column or 10.8 PSIG (measured by the City at sample location GMP10 on May 12, 2014).

- The James Park Landfill operated at a depth of 40 feet or more, as a dump site for a number of decades and was closed in the 1960s.

- The former manufactured gas plant facility that was located on the southwest corner of McCormick and Oakton was closed in the early 1950s, more than 60 years ago, and was demolished in the early 1960s. We are unaware of any records indicating transmission lines that traveled from the former MGP beneath the James Park Landfill. Moreover, as discussed in the next bullet point, gas pressures were much lower for MGP facilities and related gas lines than they are currently, and far lower than the pressures detected by the City beneath the James Park Landfill.

- The former tunnel that ran under the Channel, parallel with Oakton, was located at least one quarter mile away from James Park. The tunnel itself did not convey natural gas; rather, it contained a pipeline which conveyed the natural gas, but at an operating pressure of merely 5 PSIG or 138 inches of water column. Most significantly, the pipeline and tunnel were retired in 1969, more than 44 years ago and, therefore, cannot be the source of gas due to constant flow of gas still being emitted in the Park.

- The existing 60 PSIG gas main running parallel with Oakton, and all of other the Nicor gas lines in the area of the James Park Landfill operate at pressures of 0.25 (7 inches water column) and 25 PSIG (692 inches water column), and are at depths of less than five feet, obviously much shallower than 40 feet. The exception is one 60 PSIG line that crosses the channel on the north side of Oakton is at approximately 5 feet below the bottom of the channel.

- It is infeasible for a Nicor pipeline leak, should one occur: (a) to travel downward through the soil to a depth of 40 feet or more, for the reason that natural gas is lighter than air and groundwater; (b) for the leak to generate the methane pressure within the soil that the City has measured at depths of 40 feet or more (or for a gas leak to generate that pressure at that depth) because Nicor's pipeline are not located at that depth; or (c) for a significant leak to go undetected by Nicor's leak surveys.

- The recent leak study that Nicor conducted in response to the City's expressed concerns confirmed that there are no ongoing significant leaks in the vicinity of James Park. Moreover, the City has not provided to Nicor any evidence of a Nicor pipeline leak or even of any methane gas in proximity to Nicor's existing pipeline facilities.

- The MWRD's 2012 report tested methane gas from the ground in the area of the James Park Landfill and confirmed that the profile of the methane gas fit the profile of landfill-created methane, as opposed to pipeline gas.

710564921

Mayer Brown LLP

City of Evanston
July 29, 2014
Page 4

- Collecting gas samples and pressure readings from within the Landfill itself is the prudent location to start an investigation into the source of the gas, but to our knowledge, Evanston has not yet done so.

Nicor does not at this stage understand a technical basis for the City to assert that Nicor facilities may be the source of the methane gas beneath the James Park Landfill. Nicor is not aware of any actual or reasonably feasible mechanism by which its current facilities, or the former MGP facility or pipe within the 1910 tunnel, could be the ongoing source of the methane gas identified by the City (and by the MWRD) beneath the James Park Landfill.

Turning to the specific document requests in the Order, Nicor responds as follows:

1.    All structures used in the past (1910 tunnel and 1910 24" line) and currently used (1969 24" main) in connection with the conveyance of manufactured or natural gas under the North Shore Channel in the City and Skokie, Illinois, including, but not limited to, Northern Illinois Gas Company Drawing dated June 17, 1967, Sheet 1 of 4, Sheet 3 of 4 and Sheet 4 of 4;

ANSWER: Nicor previously provided a detailed engineering drawing of the 1910 tunnel and pipeline within it, which also documents its retirement more than 44 years ago. Nicor's current pipeline under the North Shore Channel is a 24" diameter pipe constructed at an approximate depth of 35' below ground surface at its lowest point beneath the Channel and rising to a depth of less than five feet on either side of the Channel. The location and operating pressure of the current 24" pipe was shown on confidential system maps and set forth in emails, respectively, that Nicor previously provided to the City.

2.    All chemical additives to natural gas transmitted through its system, including the manner, method and location of introduction;

ANSWER: Nicor or upstream gas suppliers inject odorant in the gas stream for people to detect the presence of gas by smell. The odorant is injected and mixed at transmission stations in remote areas of our system. The typical amount of odorant injected is approximately ¾ of a pound per million cubic feet of gas.

3.    All constituents, other than methane contained in the natural gas transmitted through its system, including average ranges of concentration;

ANSWER: Nicor's pipeline gas has a minimum heating content or gross calorific value of approximately 1,020 Btu/cubic foot. Once the City explains its basis for disagreeing with the testing conducted by the MWRD, Nicor is willing to revisit this topic.

4.    All repairs to its system within a 1 mile radius of James Park within the last 20 years;

710564921

Mayer Brown LLP

City of Evanston
July 29, 2014
Page 5

ANSWER: Nicor does not understand the technical basis for this request for the reasons explained above. In summary, Nicor's pipeline system is not located in proximity to the methane detected at depths of 40 feet and more and a leak from Nicor system would not travel downward through the soil to the depths at which methane is currently being detected, but Nicor will revisit this issue should the City provide a technical basis for doing so.

5.      Any and all subsurface structures at the Skokie Manufactured Gas Plant at a depth below ground surface at or greater than 25 feet; and

ANSWER: Enclosed is a copy of the investigation of environmental issues, including structures, at the former MGP site.

6.      Any and all documents relating to the on-site and off-site disposal of waste from the Skokie Manufactured Gas Plant at locations within a 1 mile radius of the intersection of Oakton Street and McCormick Boulevard.

ANSWER: Nicor does not understand the technical basis for this request for the reasons explained above. Nicor will revisit this issue should the City provide a technical basis for doing so.

Turning to the actions that the Order requests Nicor to undertake:

1.      NICOR undertake an assessment and evaluation of whether subsurface structures owned or operated by Nicor, including, but not limited to, the past (1910 tunnel and 1910 24" line) and currently used (1969 24" main) in connection with the conveyance of manufactured or natural gas under the North Shore Channel in Evanston and Skokie, Illinois, as depicted in the Northern Illinois Gas Company Drawing dated June 17, 1967, Sheet 2 of 4, are a source and means of conveyance of the methane gas detected at high concentrations and pressure in borings B-11, on MWRDGC property, and GMP1 — GMP13 around the parameter of James Park; or

ANSWER: Nicor's leak survey included potential leaks from the existing gas main under the Channel; no leak was detected.

Nicor is not responsible or liable for gas that enters its current or former facilities from the landfill or other third party gas source. It is unclear what can be assessed and evaluated regarding former 1910 tunnel, but we are willing to discuss it with the City.

2.      Whether such subsurface structures are a means of conveyance for manufactured gas, natural gas or methane from another source; and

ANSWER: Please see the response to request #1.

710564921

Mayer Brown LLP

City of Evanston
July 29, 2014
Page 6

3.      To provide all documents reviewed and relied upon by Nicor in undertaking these assessments and evaluations, including, but not limited to, the documents specified in Paragraphs 1 - 5 of this Order, above.

ANSWER:  Please see the response to request #1 and the responses to the document requests above.

Please contact me if you have any questions or concerns with our response, or if you wish to meet and discuss any of our respective requests for documents and information.

Regards,

*Mark R Ter Molen*

Mark R. Ter Molen

MRT/eb

Encl.

cc: Mayor Elizabeth Tisdahl
      City Manager Wally Bobkiewicz
      Fire Chief Greg Klaiber
      Jeffery D. Jeep

710564921