# Exhibit 4



R5-16-000-5696



UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
REGION 5
77 WEST JACKSON BOULEVARD
CHICAGO, IL 60604-3590

APR 14 2016

REPLY TO THE ATTENTION OF:

Elizabeth Tisdahl
Office of the Mayor
City of Evanston
2100 Ridge Avenue
Evanston, Illinois 60201

Dear Mayor Tisdahl:

Thank you for your letter of March 4, 2016 regarding the crustaceous material on the outside and inside of a water distribution line that runs along Dodge Avenue within the City of Evanston.

EPA has reviewed your letter and the materials that you and other Evanston representatives have provided. EPA has preliminarily concluded, based upon the information currently available, that the crustaceous material that may be present in or around the Dodge Avenue Water Line does not pose an unacceptable threat to public health under the Safe Drinking Water Act. I understand that contaminated portions of the Dodge Avenue Water Line were replaced by the City during the water main replacement and street resurfacing project the City undertook during the summer of 2015, and that those actions were deemed appropriate by the Illinois Environmental Protection Agency.[1] Of additional significance is the fact that none of the water samples taken in the vicinity of the water main replacement indicate any exceedances of drinking water standards. Some of the samples taken at Dodge Avenue indicated contaminant levels near laboratory detection limits.

We would be pleased to meet with you to discuss Region 5's preliminary determination. Please contact either Ronna Beckmann or Denise Fortin, the Region 5 Intergovernmental Liaisons, at 312-886-3000.

Sincerely,

Robert A. Kaplan
Acting Regional Administrator

---

[1] See letter dated October 1, 2015, from W. David McMillan, Division of Public Water Supplies, IEPA to Walter Bobkiewicz, City Manager, City of Evanston.

Recycled/Recyclable • Printed with Vegetable Oil Based Inks on 100% Recycled Paper (100% Post-Consumer)