```
 1              IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3   CITY OF EVANSTON, an Illinois    )  Docket No. 16 C 5692
     Municipal Corporation,          )
 4                                    )
                         Plaintiff,  )
 5                                    )
                    v.               )  Chicago, Illinois
 6                                    )  July 18, 2018
     NORTHERN ILLINOIS GAS COMPANY,  )  10:00 o'clock a.m.
 7   an Illinois Corporation; and    )
     COMMONWEALTH EDISON COMPANY,    )
 8   an Illinois Corporation,        )
                                     )
 9                        Defendants. )

10          TRANSCRIPT OF PROCEEDINGS - DAUBERT HEARING
                 BEFORE THE HONORABLE JOHN Z. LEE
11
     APPEARANCES:
12
     For the Plaintiff:           SPERLING & SLATER, by
13                                MR. THOMAS DAVID BROOKS
                                  MR. TREVOR K. SCHEETZ
14                                MR. HARVEY JOEL BARNETT
                                  MS. ALLISON G. MARGOLIES
15                                55 West Monroe Street
                                  Suite 3200
16                                Chicago, Illinois 60603

17                                JEEP & BLAZER, LLC, by
                                  MR. JEFFERY D. JEEP
18                                3023 North Clark Street
                                  Suite 214
19                                Chicago, Illinois 60657

20

21
                       ALEXANDRA ROTH, CSR, RPR
22                       Official Court Reporter
                       219 South Dearborn Street
23                             Room 1224
                       Chicago, Illinois 60604
24                          (312) 408-5038

25
```

1    APPEARANCES:  (Continued)

2    For Defendant Northern      MAYER BROWN LLP, by
     Illinois Gas:             MR. MARK R. TER MOLEN

3                           MS. JAIMY LEVINE HAMBURG
                           MR. MATTHEW C. SOSTRIN

4                           71 South Wacker Drive
                           Chicago, Illinois 60606

5

6     For Defendant Commonwealth   JENNER & BLOCK, LLP, by
     Edison:                 MS. GABRIELLE SIGEL

7                           MR. ANDREW WILLIAM VAIL
                           353 North Clark Street

8                           Chicago, Illinois 60654

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      (Proceedings had in open court:)

2          THE CLERK:  Case 16 CV 5629, City of Evanston versus

3  Northern Illinois Gas Company, for Daubert hearing.

4          THE COURT:  Will counsel please identify themselves

5  for the record.

6          MR. BROOKS:  Good morning, your Honor.  Thomas Brooks

7  on behalf of plaintiff City of Evanston?

8          MR. BARNETT:  Harvey Barnett on behalf of City of

9  Evanston.

10          MS. MARGOLIES:  Allison Margolies, City of Evanston.

11          MR. JEEP:  Jeffery Jeep, City of Evanston, your Honor.

12          MR. SCHEETZ:  Trevor Scheetz, City of Evanston, your

13  Honor.

14          MR. TER MOLEN:  And good morning, your Honor.  Mark

15  Ter Molen for defendant Nicor Gas.

16          MS. HAMBURG:  Jaimy Hamburg also for Nicor.

17          MS. SIGEL:  Gabrielle Sigel on behalf of Commonwealth

18  Edison.

19          MR. SOSTRIN:  Matthew Sostrin also for Nicor Gas.

20          MR. VAIL:  Good morning.  Andrew Vail, Commonwealth

21  Edison.

22          THE COURT:  All right.  Thank you.

23          So we are proceeding today with the Daubert hearing

24  with regard to Dan Fox.

25          Mr. Fox, if you would please come up here, take the

1    stand?  If you would step up, remain standing.

2        (Witness duly sworn.)

3            THE COURT:  All right.

4            MR. TER MOLEN:  Your Honor, if I may, I'd like to move

5    right to the direct examination?

6            THE COURT:  That's fine.  Go ahead.

7            MR. TER MOLEN:  Your Honor, we have some exhibits.  I

8    can hand up, if that's all right, your Honor, a couple copies

9    to you.  And I can hand one to Mr. Fox.  We're also giving some

10   to opposing counsel.

11                DAN FOX, DEFENDANTS' WITNESS, DULY SWORN

12                        DIRECT EXAMINATION

13   BY MR. TER MOLEN:

14   Q.  Mr. Fox, let's start by talking about your qualifications.

15   All right?  Are you a licensed professional engineer?

16   A.  Yes, licensed in the State of Illinois.

17   Q.  Okay.  How long have you been a licensed professional

18   engineer?

19   A.  Since '84.

20   Q.  And do you work for Nicor presently?

21   A.  Yes, I've been working for Nicor Gas little over 38 years.

22   Q.  What is your title?

23   A.  I'm director of engineering for Nicor Gas.

24   Q.  And what does your job as director of engineering for Nicor

25   Gas mean?  What do you do?

Fox - direct                                          5

1   A.   I have two roles within that job title.  One role is, I'm

2   in charge of system planning, which is the -- I do like

3   modeling of Nicor system, but also the six other utilities

4   within Southern Gas, which we are one of the largest members of

5   that larger conglomerate.

6        The other part of that is design for Nicor Gas

7   distribution transmission system.

8   Q.   Very good.

9        When you say design, you're talking about the design

10  for gas piping, gas distribution and transmission system?

11  A.   Yes, actually design drawings and approval of those design

12  drawings.  And design drawings include investment, which is

13  really putting the pipe to the ground but also retirement of

14  existing facilities.

15  Q.   Okay.  You use the term hydraulic.  Can you explain first

16  what hydraulic means in the context of natural gas lines?

17  A.   Basically hydraulic is really the flow of the gas

18  throughout the system.  We build models of our system so we

19  make sure all the customers receive gas and all times of the

20  year.  Modeling is built to manage to run on cold days but also

21  throughout the year.  So if something happens throughout the

22  year, we're able to model the exact situation, so we can help

23  our operating folks understand what they need to do to maintain

24  service to as many customers as possible during third-party

25  damages or operational change in the system.

Fox - direct                                    6

1          And we also help with a new business, with the --

2          THE COURT:  You are going to have to slow down, Mr.

3    Fox.

4    BY WITNESS:

5    A.   Sorry.  We also help with growth and design of our system.

6    So as new business type comes on our system, we size the pipes

7    and -- and the flows to make sure that those pipes can be --

8    those customers can be served.  But also we don't want to lose

9    any existing customers because new customers come on line here.

10         So hydraulic is really the -- all about the gas flow

11   in the pipes.

12   BY MR. TER MOLEN:

13   Q.   Very good.

14         And does that -- does your work involve reviewing

15   engineering drawings and schematics that relate to natural gas

16   pipelines?

17   A.   Yes.  Review all the drawings that we proof.  They include

18   the investment side, which is the pipes that we're putting in

19   the ground, but also how we retire the existing pipes.  The

20   drawings, to make sure that we do it properly, to build our

21   system, and make sure that we do not impact the customers that

22   are still on service.  And we leave our system in a safe manner

23   when we're done.

24   Q.   Very good.

25         And, Mr. Fox, is it fair to say that Nicor has grown

Fox - direct                                7

1    over the years by acquiring other gas companies?

2    A.  Yes.  Over the years, Nicor Gas grew to its size from just

3    a few thousand customers up to current conglomerate we are now,

4    roughly 2.2 million customers.  There's 25 or 30 type

5    manufactured gas plant sites that were generated to make

6    smaller companies.  And as the company grew, they kept

7    acquiring more and more utilities so over those years.

8    Q.  Okay.  And, Mr. Fox, as those other companies have come

9    into the Nicor system, they brought their own historic drawings

10   and schematics with them, is that --

11   A.  Yes.  Yes, they're -- they all had their individual

12   drawings.  And we had to bring those together to make the

13   current mapping system we currently use.

14   Q.  And as part of your job, you typically reviewed -- in

15   relation to your installation, retirement work, you're

16   typically reviewing schematics going back in time from other

17   companies that are now part of the Nicor system, is that --

18   A.  Yes.  Throughout their territory, yes, there is -- there

19   are drawings that you have to interpret to understand the

20   situation.  And when we go back to look at those records to

21   make sure that what we're working with is accurate and -- and

22   we update our systems accordingly.

23   Q.  Very good.

24         Are you a member of any industry groups, Mr. Fox?

25   A.  Yes.  I'm a member of Southern Gas Association.  I'm

Fox - direct                                    8

1    currently the chairman of the distribution engineers group.

2    It's an organization that members throughout the country join.

3    There is many new utilities.  We're having a conference in the

4    end of July.  And we provide about two days of conferences and

5    talk about various topics involving the distribution systems

6    design of other companies, issues that they encounter.

7           We all share what's going on in each utility to make

8    sure that we learn from each other.  It's a very open sharing

9    opportunities for us to learn from each other, to help each

10   other.

11          And we also create networking.  So when another

12   situation comes up after the conference is over, we have

13   ability to contact them and -- and get more support from other

14   utilities.

15   Q.  Sounds good.

16          And, Mr. Fox, I must ask, as Judge Lee already did, if

17   you can try to slow down a little bit in your responses.  It

18   will help our court reporter to make sure she can take it all

19   down.

20   A.  Sure.

21   Q.  Thank you.

22          And, Mr. Fox, do you have any firsthand experience in

23   the field in operations in dealing with pipeline retirement,

24   maintenance, et cetera?

25   A.  Yes, definitely.  Worked in the field for approximately 20

1   years directly with pipes, installation and retirement.  And

2   also during the operations for tie-ins, when we disconnect and

3   connect pipes to our system.  Variety of those retains.  That's

4   our operating procedures that make up those tie-in retains.

5           And I purposefully supervise the work being done in

6   the field, in retirements or installing those retains.  And

7   also doing maintenance work, addressing third-party damages.

8   Been involved with that for a number of years.

9   Q.  Thank you, Mr. Fox.

10          And, Mr. Fox, is some of the pipe that you've worked

11  with in the field -- does that go back to the era when MGP gas

12  was the only gas being used?

13  A.  Most definitely.  Even today we are still working on pipes

14  that date back into 1913.  Last pipe I've seen that age.  So

15  I've seen pipes from 1913, lot of pipes in the '20s, '30s, '40s

16  and '50s.

17  Q.  Okay.  And over the course of your 38-year career, Mr. Fox,

18  can you give us an estimate of the amount or volume of gas

19  lines that you have been involved in designing or installing?

20  A.  Estimate here I would say at least 2,000, if not 3,000

21  miles of pipes I've been involved in.

22  Q.  Okay.  Very good.

23          And with respect to the retirement, taking under

24  service of natural gas pipe, can you give us the same estimate?

25  A.  Yeah, I would say in the same neighborhood.  Typically we

Fox - direct                                              10

1    retire more pipe than we install.  But also have put in a new

2    business project where you're not retiring any pipe.  So kind

3    of offsets that a little bit.

4           But I definitely have retired 12,000 miles of pipe in

5    my career.

6    Q.  Okay.  Very good.

7           Has any of your work with respect to natural gas

8    pipeline installation and retirement involved working in the

9    City of Evanston?

10   A.  Yes.

11   Q.  Okay.  Very good.

12          Now, Mr. Fox, I'd like to ask you about some of your

13   opinions that you've reached in this case.  So let's start with

14   what we will call the first opinion, Mr. Fox; and that is, do

15   you have an opinion as to whether the gas line located on Dodge

16   Avenue there between Howard Street to the south and Oakton to

17   the north ever carried gas that came from the Skokie MGP?

18   A.  I -- I do have an opinion on that.

19   Q.  Okay.  And what is that opinion?

20   A.  That opinion is, the Dodge line was built to build -- to

21   move gas from Peoples Gas into the Public Service Company at

22   the time.

23   Q.  Okay.  Meaning it was built to carry gas from Howard Street

24   up to Oakton, is that right?

25   A.  Correct.

1  Q.  Okay.  Why are you qualified to offer that opinion, Mr.

2  Fox?

3  A.  I have reviewed several hundred documents that was

4  available to us in reviewing our records.  Look at the time

5  span of pipe, where it's located, the documentation, and

6  operations of that pipeline during that time period.  And also

7  sequence of other pipes that are in the neighborhood, when they

8  were installed, the reasons for those pipes to be installed.

9  Q.  Okay.  We'll go through those documents in a minute here.

10        Now, where did the documents that you reviewed come

11 from?

12 A.  They came from our source -- files.

13 Q.  Okay.  And how were those documents collected?

14 A.  Based -- when I was -- been asked to be a witness here, I

15 asked for that information to be gathered from our historical

16 files.

17 Q.  Very good.

18        And when was it that you reviewed those documents?

19 A.  I reviewed them pretty much during the month of February of

20 this year.

21 Q.  Of this year.  Okay.

22        Was that in preparation for anything?

23 A.  That was in preparation for deposition that I provided in

24 March.

25 Q.  Okay.  Very good.

1    Now, had you earlier -- Mr. Fox, had you earlier

2    reviewed documents related to the City of Evanston's

3    allegations that methane from the company's gas lines were

4    getting into or sinking beneath James Park?

5    A.  Yeah, I was involved a little bit with the pipes around the

6    James Park area, understanding the system and where the leaks

7    were at at that time.

8    Q.  Okay.  And do you recall roughly when you were looking at

9    some of those documents?  Was that a couple years earlier?

10   A.  I would say it's probably around 2014, '15 era.

11   Q.  Okay.  And the documents that you described as being

12   collected that you reviewed in February of 2014, is there any

13   particular reason why you did not review those documents

14   earlier?

15   A.  Never prepared for a deposition before.  And this is first

16   time I was asked to prepare -- prepare a deposition.  So I

17   didn't see the data until February.

18   Q.  Okay.  Okay.  We'll go -- we'll look at some of the

19   documents that you reviewed.

20       Looking at this first document, Mr. Fox, is this a

21   document that you have reviewed for purposes of the opinion you

22   described that the gas line on Dodge was built to bring gas

23   from Peoples into the system?

24   A.  Yes, it was.

25   Q.  Okay.  What's important about this document?

Fox - direct                                                    13

1    A.  Well, there is a couple things important here.  Starting

2    with the diagram that's on the left side, this is a list of

3    material that was being retired at this time.  And I'll talk

4    about the document on the right in a second.  But what's key

5    here is, on the bottom there is a statement says, laid in 19 --

6    1924.  That is referring to when the original job was

7    installed.

8    Q.  Okay.  And that's bottom -- bottom left corner there?

9    A.  Bottom left corner, yes.

10   Q.  Okay.  And you understand that that document means that the

11   gas line from Oakton down to Dodge was laid in 1924?

12   A.  Yes.

13   Q.  Okay.  Very good.

14          Anything else about this document that's important?

15   A.  Yes.  The document to the right is the folder that this

16   material would have been kept in.  And it's talking about the

17   installation of the check valve.  And on the center of that

18   page on the upper portion there where it says, work completed

19   as shown, that's basically the work order pocket as it's

20   completed.  So it indicates that work was completed and signed

21   off by the person closing out the pocket.

22   Q.  Okay.  Very good.

23          And that's the way this document was put together with

24   the work order folder.  That's sort of standard operating

25   procedure for gas companies?

1   A.  Definitely, yes.

2   Q.  Okay.

3   A.  We still use folders very similar to this today.

4   Q.  Okay.  And you --

5          THE COURT:  Mr. Ter Molen, can I just clarify

6   something?

7          So, Mr. Fox, when it's -- in this copy of work order,

8   when it says, laid in 1924, your conclusion is that that's when

9   the Dodge Avenue pipe was laid?

10         THE WITNESS:  Yes.

11  BY MR. TER MOLEN:

12  Q.  And is it fair to say, Mr. Fox -- you can expand on that.

13  A.  Yeah, I'd like to expand on that if it would help you.

14  This is a meter location that was at this corner, is down there

15  that -- where that circle is at there at the northwest corner

16  of Dodge and Howard, that location right there.  That's where

17  the meter location was at.

18         This work order pocket was installing a check valve at

19  that location.  And they were retiring the facilities that were

20  installed at that location.  And that, laid in 1924, is

21  referencing when this material was originally put into our

22  plant.  And --

23  Q.  You mean, put into service?

24  A.  Put in service.  But plant is really our accounting system

25  that we capitalize projects with.  And the part of our rate

Fox - direct                                    15

1    base at -- whatever is included in your plant goes toward your

2    rate base.  And that's how we bill our customers based on our

3    rate base.

4           So they have to take things out of plant and retired.

5    So this material above that is material that they were retiring

6    at the time, at this location.

7    Q.  And so, Mr. Fox, just to make sure I understand right here,

8    you're saying that this -- the documentation that we're looking

9    at references the date the meter was laid down, or the

10   equipment around the meter was laid down.  And there would have

11   been no purpose for the meter there if it hadn't been supplying

12   gas into a gas line, is that right?

13   A.  Exactly.  Meter would have been installed right with the

14   same time that a supply line would have installed.  It's a --

15   it's a point of transfer of the product from Peoples Gas into

16   Public Service at the time.  So you're measuring the flow of

17   gas as you're transferring it from utility to another utility.

18   Q.  Okay.  Very good.

19          Now, Mr. Fox, you mentioned you were deposed.  Were

20   you deposed a couple different times in this case?

21   A.  Yes, I was deposed twice.

22   Q.  And do you recall at at least one of those depositions you

23   weren't sure when the gas line on Dodge had been installed?

24   A.  Yes.

25   Q.  Okay.  And did you discover the reference in this document

1    after you were deposed?

2    A.   Yes.   As reading through the documents two and three more

3    times after the first deposition, preparation -- preparation to

4    the -- for the expert witness time period, went through the

5    documents more.   And more parts of the puzzle kept coming

6    together.   And this is one item that I didn't see before when I

7    read through the document, and that helped provide additional

8    information.

9            There is other documents as well that provide

10   additional information that help me bring this together.

11   Q.   Okay.   Very good.   We'll hopefully get to those a bit

12   later.

13           So let's show you the next document.   This underlying

14   document is Exhibit 199, page 2 of that document.   Is this a

15   document, Mr. Fox, that you used as part of your thinking about

16   the first opinion you've talked about, the Dodge gas line

17   supplying gas for Peoples?

18   A.   Yes.   As a drawing was found in our records when we were

19   looking for information on this location.

20   Q.   Okay.   What's important about this document?

21   A.   Well, the drawing is representing the existing pipe.   And

22   it shows at the very south end there's two elbows there at the

23   south end of the system on the dark solid line.   And the line

24   goes across the road there to Howard.   Howard is dividing line

25   between Peoples Gas and Public Service.

Fox - direct                                        17

1        So you're in the City of Chicago when you cross
2   Howard.
3   Q.  Okay.  And we'll talk later about the fact that the gas
4   line on Dodge was relaid in 1927.  And this document relates to
5   that.  But does this document show that the preexisting pipe
6   before it was relaid connected down to -- past Howard Street?
7   A.  Yes, very bottom of the drawing here down by Howard, there
8   shows existing fittings, the measurements for the existing
9   fitting were at, that crosses Howard.  So when your pipe
10  crosses Howard, that's in Peoples Gas territory.
11  Q.  Okay.  And is it fair to say there would have been no -- no
12  reason for the line to cross Howard Street, go south of Howard
13  Street, unless it was to connect to the Peoples system?
14  A.  Yes.  There was no customers in that area.
15        THE COURT:  Mr. Ter Molen, what's the date of this
16  document, do you know?
17        THE WITNESS:  This is 1927.  It's a form as noted in
18  preparation for relaying of the pipe.  The relaying of the pipe
19  occurred in 1927.
20  BY MR. TER MOLEN:
21  Q.  Now turning to the next document.  This is Exhibit 543,
22  page 5.  Is this a document that you reviewed as well, Mr. Fox?
23  A.  Yes.
24  Q.  What's the importance of this document?
25  A.  Well, it shows another activity going on at the same meter

1  house.  Here the work is shown as completed, so the work was

2  done.  So the -- still referencing work that's being done at

3  the meter house.  They installed a manhole for them to have

4  more easily access to the valve on the downstream site of

5  meter.  If -- that box there with the X in it, that's the meter

6  house.  And that's -- valve right outside the meter house is

7  the valve they are putting the manhole cover -- or manhole on

8  so they could have better access to the valve.

9  Q.  Okay.  So this is a document that shows there was a meter

10  at the intersection of Dodge and Howard where the Peoples

11  system and the, back at that time, Public Service Corporation

12  lines were meeting, is that right?

13  A.  Yes.

14  Q.  Okay.  Okay.  Very good.

15        Anything else important that you take from this

16  drawing?

17  A.  This shows that there was more work going on.  And it shows

18  there's lot of activity at this location.  Made it easier for

19  the workers to work with.

20  Q.  Okay.  Very good.

21        Now, we've talked about the gas flowing up from the

22  Peoples system into the Public utility corporation system at

23  the time on Dodge.  And you also -- you referenced I think a

24  check valve earlier, Mr. Fox?

25  A.  Yes.

Fox - direct                    19

1    Q.   Can you explain to the Court what a check valve is?

2    A.   A check valve is basically a manual device to allow flow to

3    only in one direction.  So if flow tries to go back the

4    opposite way, it will shut off.  And the flow will stop.

5    Q.   And was there a check valve installed at the Dodge and

6    Howard meter house location?

7    A.   Yes.  It was installed right about the same window of time

8    here, late '29, early '30.  The document started in December of

9    '29.  And this exhibit here, the top of the page shows it was

10   completed 3/11/1930.

11              This is where they put the check valve at the side of

12   the meter.  And description here is just bring it back, feeding

13   into Peoples Gas.

14   Q.   So the check valve, just from a geographic standpoint, to

15   help me keep track of this, you had -- you -- at the

16   intersection of Dodge and Howard you got the meter.  And I'm

17   going to go from south to north.  You got the meter set up,

18   right?  And then north of the meter, which you call downstream,

19   you've got the check valve, is that right?

20   A.   Yeah, it's -- the check valve is above ground in the meter

21   house.  The meter house is all above-ground piping.  And the

22   check valve is installed on the downstream side of the meter.

23   Q.   Okay.  And once this check valve was installed, then from a

24   physician standpoint there was no physical way, no engineering

25   way, that gas could have flown south from Dodge into Peoples

1    system, is that right?

2    A.   Yeah.  Yes.

3    Q.   And this -- can you explain, there is a -- some highlights,

4    some areas here that talk about prevent backflow.  Can you

5    explain what that -- that means?

6    A.   Well, really, the -- it's very common to install check

7    valves at supply points because you really don't want ever to

8    go backwards in flow.  Because if you're measuring gas transfer

9    from one utility to another utility, you don't want the meter

10   to go backwards.

11        It's a billing, it's a cost, that you're spending

12   money on to transport that gas to the utility.  You want to

13   make sure that gas goes in one direction.  It's really an

14   insurance policy to make sure nothing goes backwards.

15   Q.   Okay.  That makes sense.

16        And is there -- is there a reason that they would

17   have, you know, waited until this -- is this 1929, 1930, when

18   this is being put in, Mr. Fox?

19   A.   Well, I think bigger -- bigger supplies of Peoples Gas was

20   delivered to us, to this company here.  It's more and more

21   concern that that could happen, and I think that's why they put

22   it in.

23        I think it's -- you learn over time that those check

24   valves provide opportunity to provide guarantee that you don't

25   have gas flowing the other way.  More and more gas is being

1   brought in from Peoples Gas over time from the system and other

2   systems.

3          It's a big check here that you're making sure that you

4   don't have any opportunity for gas to flow south.

5          THE COURT:  Mr. Fox, what's your basis for your

6   understanding that more and more gas was being supplied by

7   Peoples Gas around this time that would necessitate the check

8   valve?

9          THE WITNESS:  Well, there is other data that we can

10  talk about here.  The Skokie manufactured gas plant site

11  drastically dropped in flow as far as production in 1931, and

12  it dropped to zero for several years.  And from that point

13  forward, it produced very little volume.

14         THE COURT:  How do you know that?

15         THE WITNESS:  Based on the Bates reports.

16  BY MR. TER MOLEN:

17  Q.  You mean Brown's?

18  A.  Yeah, Brown's report.  I'm sorry.  Brown's report.  It's

19  basically a summary of what the plant produced.

20  Q.  Was there also a line, a new line, that was built from

21  Peoples that went to the Skokie site?

22  A.  Yes.  In 1931 there was a 48-inch, and there was a whole

23  small portion of 36-inch pipe that was built from Howard Street

24  again, but from McCormick.  It follows McCormick up, and then

25  it crosses the canal and over into the north part of the plant

Fox - direct                                            22

1   site.  That brought large volumes of gas into the system

2   through Peoples Gas system.

3           And Peoples Gas system was connected to supply points

4   coming in from pipelines.  Supply into Chicago market came into

5   City of Chicago as a first stop in the late -- early -- early

6   '30s, late '20s.

7           THE COURT:  And again, I'm just trying to understand

8   where your historical knowledge comes from.

9           THE WITNESS:  Historical knowledge becomes from

10  reading a lot of this material here, but also historical

11  knowledge of the Nicor Gas's time period.  We've got historical

12  documents and history of how gas came into the Chicago market.

13  It came in from a lot of different places.  But the gas was

14  brought into the Peoples Gas system before it was brought into

15  our system directly.

16          We later built pipelines that connected to --

17  connected to natural gas pipeline, which was a transportation

18  company pipeline that brings gas into Chicago market today.

19          THE COURT:  And you said that you're the director of

20  engineering.  As part of your job as director of engineering,

21  is it typical for you to resort to reviewing historical

22  documents about kind of what happened at Nicor back in the

23  1930s and the amount of gas that flowed from or who produced

24  gas back then?  Is that something that you regularly do as part

25  of your job as director of engineering?

Fox - direct                                23

1          THE WITNESS:  That's not my primary job.  But I do get

2    into it because as director of engineering you get involved

3    with all kinds of cases that when problems come up or issues

4    come up, you get involved in helping to solve those problems.

5    So you research and find information that's available.

6          THE COURT:  So prior to your expert report and

7    testimony in this case, can you recount for me different

8    examples of when you had to refer to Brown's reports or other

9    historical documents with regard to the history of gas supplied

10   in the Evanston or Chicago area?

11         THE WITNESS:  Yeah, I have reviewed documents that --

12   talking about the history of gas.  And, you know, lot of times

13   we get involved in doing presentations to people outside our

14   industry or even internally to our industry.

15         So part of that discussion is really talking about the

16   history of natural gas and how Nicor is formed.  So we go back

17   to find information to help support how the company originated

18   and how it evolved over years to turn into the company we are

19   currently at.  So it's trying to help develop education, part

20   of why we did some of this.

21         If there is another case goes on, we get involved in

22   those.  And it's -- some of these are case-by-case scenarios.

23   A lot of the history just how natural gas was brought into the

24   area, that's knowledge that you learn early on in the career.

25         THE COURT:  Okay.

1   BY MR. TER MOLEN:

2   Q.  When you talk about gas coming into the Chicago area, are

3   you referencing natural gas pipelines bringing large volumes of

4   natural gas up from the oil patch in Oklahoma and Texas?

5   A.  Yes, that's what I'm referring to.  Natural gas from those

6   locations, called pipeline gas for easy discussion here.

7   Pipeline gas is a better-quality gas.  It's typically higher

8   BTU content.  It's becoming more and more available during this

9   time period.  As pipelines keep getting built, they brought

10  large volumes of gas into the Chicago area.

11  Q.  Very good.

12          Let's look at the next document.  We've been talking

13  about the gas flowing north from Peoples into the Dodge Avenue

14  line.  Is this -- was this a document that you reviewed in the

15  course of developing your opinions?

16  A.  Yes, it was.

17  Q.  And what is the importance of this document?

18  A.  The document on the left is basically the existing meter

19  facilities that was there at the corner of Dodge and Oakton --

20  or Dodge and Howard, I'm sorry, northwest corner.  And on the

21  drawing at the right it shows cutting a check valve in.  A

22  check valve is device on the upper part of the drawing.

23          THE COURT:  You can actually, if you point to it, you

24  can circle it.

25  BY WITNESS:

1  A.  Okay.  Approximately got on the right location there.

2          That's the check valve installation.  And the piping

3  downstream of that is the piping that was replaced.  And

4  earlier we talked about the retirement of facilities.  And when

5  we talk about the pipe being laid in 1924, those are the

6  facilities that were retired.

7  BY MR. TER MOLEN:

8  Q.  Okay.  Very good.

9          And is there anything about the location of the check

10 valve in relation to the meter that helps you understand

11 whether or not the gas was always flowing north from Peoples

12 into Dodge?

13 A.  Yeah.  The meter -- meters are designed to flow one

14 direction.  And the meter was not reversed or changed or

15 another meter was installed to allow gas to go to southbound.

16 So the gas flow was designed to go northbound from day one.

17 This check valve was just insurance policy to make sure it

18 didn't go backwards.

19 Q.  Very good.

20         Anything else about this drawing that's important,

21 Mr. Fox?

22 A.  It's -- this is the rotary meter here.  These rotary meters

23 that were installed this time period were pretty technical for

24 the era that they were installed in.  These meters have been

25 improved over time.  But we essentially still use these types

Fox - direct                                    26

1   of meters today.

2   Q.  Okay.  Very good.

3        THE COURT:  Do you know, is there anything that

4   indicated in the record to you when the meter was installed?

5        THE WITNESS:  Well, the retirement that we talked

6   about earlier talks about the facilities of the meter being

7   retired, the facilities downstream of the meter.  That tells me

8   that that meter was installed in 1924.

9   BY MR. TER MOLEN:

10  Q.  That will be --

11  A.  -- date --

12  Q.  Is that the first document we looked at, Mr. Fox, that --

13  A.  Yeah, one of the first documents we looked at.  We talked

14  about the retirement facilities at the meter location.  And the

15  very bottom of that it talked about the pipe is laid in 1924.

16  That would have been the time that was installed.

17  Q.  Very good.

18        Now, looking at the next document --

19        MR. TER MOLEN:  And, your Honor, the circle has

20  carried over from the previous document.  Is there a way that

21  we can -- okay.  That's fine.

22        THE COURT:  Your able colleagues will be able to --

23        MR. TER MOLEN:  Thank you.

24        Thank you very much.  I don't wear as many hats as

25  your Honor does here, so --

BY MR. TER MOLEN:

Q.   Is this a document that you reviewed, Mr. Fox?

A.   Yes.

Q.   And you tell us what's important about this document?

A.   This document is referencing to work being done at the intersection of Dodge and Oakton.  There is a system regulator at the southeast corner of that intersection.  The intersection -- that regulator is designed to cut pressure from the supply lines down from five pounds low pressure.

        The systems to the east and north and eventually to the south was built after this, was designed to operate at low pressure.  Low pressure is basically -- in the gas industry is operating at six and seven inches water column.  And other terms you might consider that about a quarter of a pound of pressure.

        That's basically today if you think about your own household, that's the pressure that you receive downstream of the meter today.  We have regulators at everybody's houses today that cut the pressure from high pressure down to low pressure of six inches water column.

        This is typically what most buildings received during that era.

Q.   Does this document state on its face that it was making piping changes in the vicinity of Dodge and Oakton and at the vault to make it possible to automatically feed in P.G.L.&C.

Fox - direct                                          28

1    gas?

2    A.  Yes, and that -- it's -- it tells you that it -- by

3    automatically feeding, allows it to reduce the amount of labor,

4    manual labor, that crews had to do to adjust things.  And they

5    made modifications to this location to bring gas in off the

6    Peoples Gas system automatically.

7    Q.  And so is it fair to say you understand the abbreviation

8    P.G.L.&C. to mean, Peoples Gas Light & Coke?

9    A.  Yes.

10          MR. TER MOLEN:  Your Honor, if I may walk over to this

11   demonstrative here.

12   BY MR. TER MOLEN:

13   Q.  So this document, the point up here, this document is

14   referring to a vault that's -- we're not talking about Howard

15   and Dodge anymore.  We are north.  We are talking about Dodge

16   and Oakton, is that right?

17   A.  Yes, southeast corner.

18   Q.  And so the document is talking about, and it's stating,

19   that it's making changes in the piping from an automatic

20   feed --

21   A.  Yes.

22   Q.  -- from automatic feed of gas for Peoples, right?

23   A.  Right.

24   Q.  Now, does the fact that -- what's the date on that

25   document, Mr. Fox?

Fox - direct                                29

1  A.  Document is dated 1929.

2  Q.  Okay.  So does the fact that in 1929 they're installing

3  this equipment to allow for automatic feed, does that mean that

4  there wasn't any gas flowing north earlier?

5  A.  No.

6  Q.  Okay.  What do you interpret the document to mean?

7  A.  I interpret the document as they were coming up with a way

8  for to minimize amount of work the crews had to do to switch

9  volumes of gas coming out of this area.  And they want to make

10  sure that the gas was coming out of Peoples Gas system on a

11  regular basis.

12  Q.  Very good.

13       And so you understand that the feed was done manually

14  before this?

15  A.  It was done manually to, yeah, make that choice, yes.

16  Q.  Very good.  Okay.  Very good.

17       Show you the next document here.  Is this a document

18  you -- you've looked at, Mr. Fox?

19  A.  Yes.

20  Q.  Can you tell us what this is?

21  A.  Well, this is a snapshot of a Brown's direct report, 1924.

22  Q.  And what do you understand this document to mean?

23  A.  Well, this is the first known time period where gas was

24  purchased from Peoples Gas.  There is a volume there, and in

25  the highlighted area that shows the gas purchased from Peoples

1    Gas time period.  So this would be at the -- at the end of the

2    time period that the Dodge line was installed.

3    Q.   In 1924?

4    A.   1924, yes.

5    Q.   Okay.  This document doesn't specifically say that gas was

6    purchased at the intersection of Oakton and Dodge, does it?

7    A.   No, it does not.

8    Q.   Okay.  Are you aware of any other -- from all the documents

9    you reviewed, looking at 1924, are you aware of any other

10   connections between the Peoples Gas system and the public

11   utility corporation as it relates to Evanston, Skokie as of

12   1924?

13   A.   I am not aware of any other connection in -- after -- in

14   1924, no.

15   Q.   Okay.  Very good.

16        Okay.  Now, you talked about the 24-inch gas line

17   Dodge Avenue being a supply line, is that right?

18   A.   Yes.

19   Q.   And why do you understand that it was a supply line as

20   opposed to what I would call a distribution line, if that makes

21   sense?

22   A.   Okay, sure.  Well, the document, it's -- talks about

23   bringing gas out of Peoples Gas system to serve this area.  It

24   also, if you look during that time period, there was no other

25   connections to any lines other than at Oakton.

1        So there is -- between Howard and Oakton, on that

2   green line there, there is no connections from a -- another

3   branch connection.  So there is no other place for it to go.

4   There is also no services during the 1920s and '30s that were

5   attached because there was no development in the area.

6   Q.   You say no development in that area?

7   A.   There was no development in that area at the time.

8   Q.   Okay.  And so I'm showing you sort of a -- on the screen

9   here is a 1938 aerial, right?

10  A.   Yes.

11  Q.   This is the same aerial that we are using as a

12  demonstrative but without the different lines, et cetera, that

13  were put on the demonstrative.  And your point is, if you look

14  at this aerial between Dodge -- I'm sorry -- on Dodge between

15  Oakton to the north and Howard to the south, there is not much,

16  if any, development there that would be supplied with gas, is

17  that --

18  A.   Right.

19  Q.   Okay.  Now, did this area -- from your review of all the

20  records, did this area on Dodge between Oakton and Howard

21  Street develop later?

22  A.   Yes, it did.

23  Q.   Okay.  And so I'm going to show you a later aerial here.

24  This is a 1952 aerial.  Okay?  And to serve those customers,

25  did the company put a new gas line in?

Fox - direct                                    32

1   A.  Yes.  In the -- in the '50s, there was developments show up

2   here.  And the company put a 12-inch low-pressure line in, cast

3   iron pipe.  And the customers were served directly off of that

4   piece of pipe.

5           That pipe was connected to the downstream side of the

6   regulator vault that we talked about earlier at Dodge and

7   Oakton.

8   Q.  And so is it your understanding, Mr. Fox, or do you

9   understand that the customers as this area was being developed

10  on Dodge south of Oakton were being served by the 12-inch line

11  and not by 24-inch line?

12  A.  Yes, yes.  There is documentation that showed advance main

13  deposits that were paid for by customers that wanted gas

14  service.  And they helped pay for the extension to serve those

15  customers.

16  Q.  Okay.  Very good.

17          Now, you talked a little bit earlier about the line,

18  the Dodge Avenue gas line, being relaid in 1927, right?

19  A.  Yes.

20  Q.  And did you review this document in the context of

21  understanding that relaying decision?

22  A.  Yes.

23  Q.  And what does this document tell you, if anything, about

24  the relaying process?

25  A.  Well, it talks about the installation of the 24-inch.  So

1    they relay 2200 feet of 36-inch gas main on Dodge.  But the

2    main -- the reason that they did this was because of paving of

3    Dodge Street.  The -- before this the street wasn't paved.  So

4    they wanted to locate the pipe outside of the paved area to

5    install the pipe.

6    Q.  Okay.  And does that document say that?

7    A.  Yes, it does.  If you look in the description side where

8    the highlight yellow is at, it talks about, in advance of

9    paving.

10   Q.  In advance of paving?

11   A.  In advance of paving, yes.

12   Q.  And I will represent to you, Mr. Fox, that yesterday Mr.

13   Hendron said that the reason that the pipe was relaid in 1927

14   was because it was leaking like a sieve, is what he said.  Have

15   you seen anywhere in any of the documents you have reviewed for

16   this case any indication that the line was relaid in 1927

17   because it was leaking?

18   A.  No, not at all.

19   Q.  Okay.  And in fact, the document you just looked at says,

20   the -- it is being relaid in advance of paving.  It doesn't

21   mention anything about leaks, is that right?

22   A.  Correct.

23   Q.  Now, later you recall when this -- the pipe, the Dodge

24   Avenue gas line, was retired, Mr. Fox?

25   A.  It was '71 I believe it was.

1   Q.   Okay.  And --

2   A.   '71 or '72, somewhere in that area.

3   Q.   And was there documentation put together internally within

4   at that point in time the company was Nicor Gas that explained

5   why that pipe was being retired?

6   A.   Yes.  There was a letter by Mr. Nelson that outlined the

7   rationale for replacing lines on Oakton and Dodge.

8   Q.   Okay.  I'm going to ask you, I think we -- hopefully we

9   gave you a binder today.  If you can turn to tab 12 in that

10  binder, Mr. Fox.

11           Or I'm sorry.  Tab 13.

12  A.   I'm sorry, which?

13  Q.   The very last tab, tab 13.

14  A.   Okay.

15  Q.   This is also marked as Exhibit 200.  Does this exhibit

16  include the letter that you referenced?

17  A.   Yes, it does.

18  Q.   Okay.  Now, was one of the rationales for replacing the

19  line as of -- the date on this letter is what, 1969?  Does one

20  of the rationales for replacing the pipe in 1969 -- was one of

21  those rationales that there were leaks on the line?

22  A.   Yes.

23  Q.   Okay.  Does this letter include a historical retrospective

24  of leaks on the Dodge line?

25  A.   Yes, it -- it has the historical time periods when the

Fox - direct                    35

1   clamps were installed for repairing those leaks.

2   Q.  Okay.  And you reference the term clamps.  What's the

3   purpose of a clamp?

4   A.  A clamp is to fix the leak.

5   Q.  So if a line had a significant leak, then the company would

6   install a clamp around the leak in the line to stop the leak?

7   A.  That's correct.

8   Q.  Okay.  And so if you look at -- I think it's the -- maybe

9   the third to last page or second to last -- I'm sorry -- fourth

10  to the last -- fourth to the last page here in the document.

11  The Bates number is 0024121.

12          Is this a history of clamping on Dodge Avenue?

13  A.  Yes.

14  Q.  Okay.  And what's the geographic area?  It says, Howard

15  Street to Foster Avenue.  What's that length roughly, if you

16  know?

17  A.  That's approximately two and a half miles of pipe.

18  Q.  Okay.  And from looking at this, can you gather when the

19  first significant leak occurred?

20  A.  Yes.  The first leak recorded we saw clamped in 1941.

21  Q.  Okay.  And obviously 1941 is later than 1927, right?

22  A.  Very good.

23  Q.  Okay.  Now, you've looked at all the work orders and

24  materials that relate to that 1927 relaying of the pipe --

25  A.  Yes.

1   Q.   -- is that right?

2           And have you seen, Mr. Fox, any indication that the

3   company was incurring additional charges or running into

4   problems because they were encountering tar or oil in the pipe

5   or in the soil around the pipe?

6   A.   No, no.  The only thing that I saw was related to

7   additional costs associated with the joints that they were

8   cutting off and replacing.  So that there is no cost associated

9   with any other work that they did.  So everything went as

10  planned.

11  Q.   If -- if the company at the time in 1927, the public

12  utility company, that was doing the work at the time -- if they

13  had been encountering oil and tar on the pipes, would you

14  expect that they would have had to incur additional charges if

15  they were in fact going to reuse those same pipes in --

16  A.   Yes, most definitely I expect additional cost, which

17  created a reason for increasing the approval of the dollars

18  being spent, yes.

19  Q.   Okay.  And based on the records you've seen, would you

20  expect to have seen documentation showing the need for

21  additional costs to address that oil or tar?

22  A.   Exactly.  And I didn't find any records that indicated

23  that.

24  Q.   Okay.  I'd like to go -- to go back, Mr. Fox.  We looked a

25  minute ago at the document that talked about installing at

1    Dodge and Oakton, that Dodge and Oakton, that was the

2    installation of a regulator and other equipment for purposes of

3    the automatic feed from Peoples Gas into the public utility

4    company system, right?

5    A.   Yes.

6    Q.   Okay.  Now, you mentioned that that documentation

7    referenced in part a regulator, is that right?

8    A.   Yes.

9    Q.   Can you explain what a regulator is?

10   A.   A regulator is basically a mechanical device to cut

11   pressure from one pressure to a lower pressure.  In this case

12   it was cutting five pounds of pressure, five PSIG, down to

13   water column, which is six inches water column here, quarter

14   pound.  So that's what the regulator purpose is doing.

15   Q.   Okay.  And the regulator that was referenced in the

16   document we looked at earlier, that was being installed right

17   at Dodge and Oakton?

18   A.   Yes.

19   Q.   And was there a connection between that regulator and the

20   gas flow coming in from the west, from Skokie?

21   A.   Yes.

22   Q.   Okay.  And as you have reviewed the documentation in this

23   case, Mr. Fox, have you seen other indications of regulators on

24   this system in that general area?

25   A.   Not -- the only regulators I saw in that immediate area is

Fox - direct                                    38

1    right there at Dodge and Oakton.

2    Q.   Okay.  And based on your engineering experience, Mr. Fox,

3    do you have any opinions as to what would happen to that

4    regulator if there was tar and oil coming in as part of the gas

5    flow?

6    A.   Yeah.  It would -- they have those control lines, would

7    plug up, and they would not operate.

8    Q.   Okay.  And in all your review of the records that are

9    associated with these lines, is there any indication that they

10   were having to replace any regulators because they were clogged

11   up with tar or oil?

12   A.   No.

13   Q.   Now, as part of your experience, Mr. Fox, you indicated you

14   have been involved in the retirement of thousands of lines, at

15   least several thousand lines, of natural gas pipe, is that

16   right?

17   A.   Yes.

18   Q.   And I think you indicated earlier that many miles of that

19   pipe that you retired was pipe that dates back to the MGP area?

20   A.   Yeah, the majority of our pipe would have been retired

21   because most of the pipe replacing are due to deteriorating

22   conditions of that piping system.  And our pipes retiring and

23   most of them are 50 to 80 years old, hundred years old.

24   Q.   Okay.  So you're -- what you're saying is that the old pipe

25   is being retired.  Much of that, if not most of that, dates

1    back to the MGP era?

2    A.  Correct.

3    Q.  And has -- in your position as director of engineering, in

4    your position earlier as being out in the field involved hands

5    on with the retirement, have you seen or has anybody ever come

6    to you and said, oh, my gosh, we've got all this oil and tar in

7    some of this old pipe?

8    A.  No.

9    Q.  That's never happened?

10   A.  No.

11   Q.  Now, I'm going to switch gears to a different area here,

12   Mr. Fox.  And that is, talking about the water line on Dodge in

13   relation to the gas line on Dodge, right?

14   A.  Yes.

15   Q.  Now, you saw Mr. Hendron's report, is that right?

16   A.  Right.

17   Q.  And Mr. Hendron's report, does he -- what does he say as to

18   the location of the water line with respect to the gas line?

19   A.  He's indicating the water line was installed directly below

20   the gas line.

21   Q.  Okay.  And the gas line was a 24-inch cast iron gas line?

22   A.  Correct.

23   Q.  And in your experience, is that a very large and heavy

24   piece of pipe?

25   A.  It's very large.  It's very heavy piece of pipe, very

1    difficult to manage, very difficult to work around.

2    Q.   Okay.  And in all your years of experience, have you ever

3    heard of a municipality installing a new water main directly

4    beneath the large heavy cast iron pipe?

5    A.   No.  I mean, I can't even image somebody doing that.

6    Q.   Okay.  And again, we're talking -- I represent to you that

7    Mr. Hendron testified that the water line was installed in

8    1925.  So we're talking 1925 era technology.

9         Would that have been a very expensive endeavor to

10   install a gas -- pardon me -- a water main beneath a large,

11   heavy gas main?

12   A.   Oh, definitely.  If you can imagine, our pipe was roughly

13   30 to 36 inches deep.  Below that you got a 24-inch pipe which

14   a little over 24 inches in diameter.  And the water line is ten

15   inches.  So you got to think about how deep that is.

16        And how would you dig down alongside the 24-inch,

17   underneath that 24-inch, now dig to put a 12 -- or ten-inch

18   pipe in?  What happens to the 24 inches directly above you?

19        This can't be done, that technology, that time period.

20   Q.   Very good.

21        Now, earlier we talked about and the Court asked you

22   some questions with respect to the gas coming into this system

23   and the 48-inch gas line and natural gas coming into the

24   system.  And I'd like to conclude by talking about -- about

25   that issue a bit.  Okay?

Fox - direct                41

1    And do you have -- you testified earlier that natural
2    gas came in in 1931, is that right?
3    A.   Yes.
4    Q.   Okay.  And is that when a large pipeline from Texas or
5    Oklahoma then came in and connected up to the Peoples system?
6    A.   Yeah, that --
7         MR. BROOKS:  Objection, leading.
8         THE COURT:  Overruled.
9    BY THE WITNESS:
10   A.   There is large supply of gas coming in the Chicago market
11   areas and brought into Peoples Gas system in Chicago.  And this
12   Peoples system was connected to here to further bring the gas
13   into this system.
14   BY MR. TER MOLEN:
15   Q.   And I'm showing you a document here.  It's an article from
16   the Evanston Review going back to 1950.  Is that an article
17   that you reviewed?
18   A.   Yes.
19   Q.   Okay.  And what's the upshot of that article, from your
20   standpoint?
21   A.   Well, it supports what we were talking about here is that
22   the natural gas was a growing industry in the '30s as gas
23   became very readily available.  Manufactured glass plant was
24   lot more difficult to produce.  The natural gas is coming out
25   of the Texas area, Oklahoma area.  That gas is being brought

Fox - direct                                    42

1   in.  And the pricing of natural gas became cheaper and cheaper

2   and cheaper.  So it made it easier for it to be primarily the

3   primary fuel for households to use.

4          During the early time periods it was more of a luxury

5   fuel.  And demand for natural gas grew as the price of gas

6   became available.  And the price of gas dropped because it was

7   readily available.

8   Q.  Very good.

9          And you referenced a 48-inch line.

10          THE COURT:  Can we go back to that article?

11          THE WITNESS:  Sure.

12          THE COURT:  So along the lines of what I asked you

13   before, Mr. Fox, in your day-to-day duties as director of

14   engineering, do you often have occasion to review the Evanston

15   Review and newspapers like this in order to assess the

16   historical supply and demand of natural gas?

17          THE WITNESS:  Not that often, no.

18          THE COURT:  And the other question I had is, I

19   understand your experience in engineering and diagrams and gas

20   flow and what not.  Do you have any particular training as a

21   historian or historical techniques or any -- have you taken any

22   courses with regard to the historical supply and demand curves

23   of natural gas in the Chicago area or in the Midwest?

24          THE WITNESS:  Not taking classes from a universe,

25   anything like that, no.

1          THE COURT:  Thank you.

2    BY MR. TER MOLEN:

3    Q.  Did you look at this document at all we are showing on the

4    screen, Mr. Fox?

5    A.  Yes.

6    Q.  What's the importance of this document for your standpoint?

7    A.  Well, it talks about the justification bringing the project

8    in.  It's really about the time period of the 48-inch line

9    coming from Peoples Gas, being brought in from Peoples gas, to

10   deliver gas into Station 28, which is where the manufactured

11   gas plant site was located at.  And it talks about also little

12   bit of corrections to the cost.  They had a little bit overrun

13   cost here because the work order is referencing a portion of

14   the job that was separated on different work order.

15          Also illustrates they brought all the cost together to

16   bring together to encounter for the cost of installation of the

17   48-inch pipeline.  But this is the first major pipeline that

18   allowed this be connected into the transmission market to bring

19   gas into the Chicago area.

20   Q.  Very good.

21          And is it your understanding, Mr. Fox, that this

22   48-inch line was always bringing gas in from Peoples to -- to

23   the Skokie facility?

24   A.  Yes.

25   Q.  And why would the 48-inch line have gone to the Skokie

1  facility?

2  A.  Well, it's -- if you look at the production of the

3  manufactured gas plant site, saw production went to zero for a

4  number of years.  And thereafter, there was very little usage

5  of the manufactured gas plant site as usually for a couple days

6  or hours during a month to operate.  So this was the major

7  supply point brought into the Evanston area.  And Evanston and

8  Skokie, these two areas were in development.

9          So growth was happening.  And as growth happened, more

10 and more gas is used.  And cost of gas becoming cheaper.  So

11 even the same household used more gas.

12 Q.  Did the Skokie MGP, did that serve a geographic area

13 besides Evanston?

14 A.  Yes.

15 Q.  It -- it went west and it also went north, is that --

16 A.  Yes, it did.  This -- this location was key because the

17 manufactured gas plant site was the early development of the

18 network system for this area.  So the reason they brought it in

19 here was made easy to build off the same network.

20 Q.  So are you saying that the reason the 48-inch line went to

21 the Skokie site was because the Skokie site was the hub of the

22 existing gas distribution?

23 A.  Exactly, kind of the center of the spoke, or the hub of the

24 wheel.  So it made it easier to keep distributing gas from that

25 center point.

Fox - direct                          45

1    Q.  Okay.  Very good.

2           And today does Nicor get gas in approximately the same

3    area?

4    A.  Yeah.  Actually we still have a Station 28 right in the

5    same area.  And we take gas directly from Natural Gas Pipeline,

6    who is major pipelines on the Howard Street, right next door to

7    our station.

8    Q.  And is that -- is that the name of a company called Natural

9    Gas --

10   A.  Natural Gas Pipeline is our largest transportation company

11   that delivers gas to Nicor Gas today.

12   Q.  Very good.

13          MR. TER MOLEN:  Your Honor, I'd like to move for

14   admission of the exhibits that we have reviewed during this

15   direct examination.

16          THE COURT:  Any objection, for the purpose of the

17   Daubert hearing?

18          MR. BROOKS:  Your Honor, I think there is no

19   foundation for what he -- in terms of what he looked at.  But I

20   don't think they come into evidence --

21          THE COURT:  This is a preliminary hearing.  And so

22   really the formal rules of evidence don't apply.  It's really

23   up to me to decide what would be helpful in evaluating

24   testimony, given the fact that experts regularly rely or

25   don't -- can rely upon documents and information that's not

Fox -                              46

1   admissible.

2           And in order for me to address the Daubert challenges

3   brought by the parties, I think that for the purposes of the

4   Daubert motion, I am going to, I guess, for lack of a better

5   word, admit the evidence, admit the exhibits in evidence, which

6   basically means I will consider them as part of the Daubert

7   motion.

8       (Said exhibits were received in evidence.)

9           MR. TER MOLEN:  Thank you, your Honor.  If I can have

10  just one minute?

11          THE COURT:  Yes.

12      (Brief pause.)

13          MR. TER MOLEN:  Thank you, your Honor.  That concludes

14  our direct examination.

15          THE COURT:  Thank you.

16          THE WITNESS:  Do you want to stop for a break soon?

17          THE COURT:  Yes, but I want to ask you a question, Mr.

18  Fox.  So basically, your conclusion is that the Dodge Avenue

19  gas line was laid in 1924 and then relaid in 1927?

20          THE WITNESS:  Correct.

21          THE COURT:  It seems like three years is not a very

22  long time for a project of that sort to kind of to be retired.

23  Is that something that typically happens?

24          THE WITNESS:  Not typical, but keep in mind, this area

25  was -- they were gravel and brick streets, you know.  There

1    were really no paved streets out here.  When they first paved

2    it, I believe that they were trying to get the pipe out from

3    underneath the -- the road where it's being build at, to make

4    it easier to have access to the pipe when you want to have

5    access to it.

6              THE COURT:  Is there anything in the documents that

7    you reviewed that would indicate to you the possibility that

8    the Dodge Avenue line preexisted in 1924?

9              THE WITNESS:  No.

10             THE COURT:  Okay.  Thank you.

11             All right.  We will take a five-minute break before

12   cross-examination.  Thank you.

13        (Brief recess.)

14             THE COURT:  Let's proceed with cross-examination.

15             MR. BROOKS:  Thank you, your Honor.  May I approach?

16   I want to pass out some binders.

17             THE COURT:  You may.

18             MR. BROOKS:  So for Mr. Fox I have the binder that

19   Utilities' counsel gave him and also some other exhibits,

20   and --

21             THE WITNESS:  All three?

22             MR. BROOKS:  Yes.  Deposition transcripts.

23             And for your Honor I have the exhibits that we may use

24   and Mr. Fox's testimony, deposition testimony.  Provided

25   counsel as well.

1          THE COURT:  Go ahead.

2                    CROSS-EXAMINATION

3  BY MR. BROOKS:

4  Q.  Good morning, Mr. Fox.

5  A.  Good morning.

6  Q.  Mr. Fox, the primary expertise that you bring to this case

7  is that you have worked a lot of years with Nicor, right?

8  A.  I have a lot of experiences with the design, installation,

9  retirement of miles of pipe and the system and flow of that gas

10 throughout the system.

11 Q.  In fact, when I asked you at your deposition as an expert

12 back in June, the question:  What are all the areas you

13 consider yourself to be an expert in?  The first thing you said

14 was:  Got a lot of years with the company.  Right?

15 A.  That's true.

16 Q.  And in fact, the only other people with similar experience

17 or similar expertise to what you bring to this case is three

18 other Nicor employees, right?

19 A.  Yeah, they have different parts of what I have.

20 Q.  Okay.  But it's people within Nicor?

21 A.  Yes.

22 Q.  And in your view, the only people qualified to check

23 whether the conclusions you arrived at in this case are correct

24 would be someone with similar years of operating experience

25 within Nicor, right?

Fox - cross                                                    49

1   A.  I think different parts that could be utilized outside of

2   Nicor.  But understanding the various drawings, understanding

3   the information that's gathered there, is -- very makes --

4   makes it easier to have that knowledge with having Nicor

5   experience, yes.

6   Q.  Well, in fact, sir, if I can ask you to turn in your binder

7   of deposition transcripts.  There is one for your March

8   deposition and one for your June deposition.  There is a line

9   of questioning there, if I can --

10  A.  I'm not sure which folder that's in.

11          MR. BROOKS:  May I approach, your Honor?

12          THE COURT:  You may.

13      (Brief pause.)

14  BY THE WITNESS:

15  A.  This one here?

16  BY MR. BROOKS:

17  Q.  Yes, the second.

18  A.  Second tab?  Okay.

19  Q.  So if you turn to page 36 of this, and these are organized.

20  There is four -- it's called a condensed transcript.  There is

21  four pages on one actual piece of paper.  There is one that

22  says page 36 in the upper right-hand corner.

23          Are you there?

24  A.  Yes, I am.

25  Q.  And so toward the bottom of that page, I asked at the

1   deposition:

2            Question:   And what sort of experience will one need

3   in order to check the conclusions by reading the materials as

4   you have described?

5            Answer:   I think many years of operating experience

6   as I have -- I have and also viewing drawings over the years.

7   And I have many years of viewing drawings and understand what

8   the drawings are saying and timing of when things are done.

9            Question:   And when you say, years of operating

10  experience, operating experience within Nicor, right?

11  A.   Yes, that's what I have.

12  Q.   And so it would need to be somebody who has operating

13  experience within Nicor to check your conclusions?

14  A.   Yes.

15  Q.   And now, Mr. Fox, you've been employed by Nicor your entire

16  career?

17  A.   Yes.

18  Q.   Ever since you left college?

19  A.   Yes.

20  Q.   And that was in 1980?

21  A.   Yes.

22  Q.   You have worked in a variety of positions at Nicor?

23  A.   Yes, I have.

24  Q.   We heard you're currently the director of engineering for

25  Nicor?

Fox - cross                                                    51

1   A.   Yes.

2   Q.   And in your report you stated that over 30 years of your

3   career at Nicor have involved the company's gas distribution

4   system.  Is that a fair statement?

5   A.   Yes.

6   Q.   And currently Nicor distributes natural gas, right?

7   A.   Correct.

8   Q.   Nicor does not distribute manufactured gas?

9   A.   Not today, no.

10  Q.   In fact, Nicor stopped distributing manufactured gas in or

11  about the 1950s?

12  A.   That's right.

13  Q.   And you started working at Nicor in 1980?

14  A.   Correct.

15  Q.   Now, the natural gas that Nicor distributes nowadays, would

16  it be fair to say that some of that gas is gas that's produced

17  by Nicor itself?

18  A.   Not produced by Nicor, no.

19  Q.   Okay.  And produced by a subsidiary of Nicor?

20  A.   No.

21  Q.   Okay.  Well, the gas that's distributed by Nicor, what's --

22  what's the source of that gas, the natural gas?

23  A.   There is many sources.  We receive gas from Canada, United

24  States, all over United States, from the Rockies, to North

25  Dakota, to Oklahoma, Gulf of Mexico.  We also receive gas out

Fox - cross                                    52

1    of the Appalachian Mountain area.

2    Q.  And would it be fair to say that by the time natural gas

3    enters Nicor's distribution system, Nicor knows what the source

4    of the gas is?

5    A.  I'm sorry.  I didn't hear the last part.

6    Q.  Sure.  Would it be fair to say that by the time that

7    natural gas reaches Nicor's distribution system, Nicor knows

8    what the source of the gas is?

9    A.  No, not exactly, because the pipelines are all

10   interconnected.  And the paperwork basically says, you bought

11   molecules from X company.  And the molecules that you show up

12   might be from some other company or mixture of other companies'

13   gas.

14   Q.  And is it part of your job duties to investigate the source

15   of gas that arrives at Nicor's gas --

16   A.  A --

17   Q.  -- system?

18   A.  We study that because we try to make sure that from a

19   purchasing standpoint that we're not locked into one area of

20   the country or to a country's supply.  So we try to diversify

21   our supply from a purchase standpoint.

22   Q.  And prior to your work in connection with this case, have

23   you had occasion to investigate what the source of gas was that

24   was entering Nicor's system almost a hundred years ago?

25   A.  I did not investigate prior to this case, no.  Not for this

1   case, no.

2   Q.  And similarly, prior to your work on this case, you haven't

3   been retained by another utility to determine the source of

4   manufactured gas that was distributed almost a hundred years

5   ago in that other utility system?

6   A.  No.

7   Q.  In fact, you've not been prior to this case retained by

8   anyone to make that determination?

9   A.  Correct.

10  Q.  We've mentioned, it's come up a couple times, that you've

11  been deposed twice in this case?

12  A.  Correct.

13  Q.  The first time you were deposed, that was as a corporate

14  representative of Nicor, and also in your individual capacity,

15  right?

16  A.  Yes.

17  Q.  And that was in March of this year?

18  A.  Yes.

19  Q.  And the second time you were deposed was in June of this

20  year?

21  A.  Correct.

22  Q.  And that was as an expert witness?

23  A.  Yes.

24  Q.  Right.

25          And if I can ask you in the binder, the other binder

Fox - cross

54

1   that I provided you, to turn to Exhibit 186, which I believe is

2   the first tab there.

3   A.   I'm not sure I'm in the right one.

4            This is one that has my qualifications in it?

5            MR. BROOKS:   No.   May I approach, your Honor?

6   BY THE WITNESS:

7   A.   186, okay.

8   BY MR. BROOKS:

9   Q.   And have you seen Exhibit 186 before?

10           MR. BROOKS:   Your Honor, may I ask in terms of being

11  able to pop stuff up to the screen, could you turn it over to

12  prosecution?   Thank you.

13  BY MR. BROOKS:

14  Q.   Have you seen this document before, Mr. Fox?

15  A.   Yes, I did.

16  Q.   And this is the City of Evanston's Rule 30(b)(6) notice of

17  deposition to Northern Illinois Gas Company, i.e. Nicor?

18  A.   Yes.

19  Q.   And you testified as Nicor's representative for certain of

20  the topics that are listed here?

21  A.   Yes.

22  Q.   Okay.   And if you turn to page A-2 of this document, topics

23  8 through 11.

24  A.   Yes.

25  Q.   Are those the topics that you testified as Nicor's

1    corporate -- corporate representative for?

2    A.   Yes, I believe we did amend some of those because I hadn't

3    seen this document at the time until I prepared for the case.

4    Q.   And when you say amend, what did you mean by amend?

5    A.   Because there are certain things that I could not attest to

6    at the time.

7    Q.   And topic No. 8 is the pipelines used to transmit gas

8    manufactured at the Skokie MGP, including without limitations

9    the locations of such pipes, termination points, et cetera, et

10   cetera.

11            That's one of the topics you testified to in March?

12   A.   Yes.

13   Q.   And No. 9, the operation, maintenance and repair of the

14   pipelines used to transport gas manufactured at the Skokie MGP,

15   including, et cetera, et cetera.  That's another topic that you

16   testified about?

17   A.   Yes.

18   Q.   No. 10, retirement, abandonment, decommissioning and/or

19   closure of the Skokie MGP's gas distribution infrastructure, et

20   cetera, et cetera.  You testified about that in March?

21   A.   Yes.

22   Q.   And No. 11 on that page, any efforts to monitor or assess

23   the Skokie MGP's gas distribution infrastructure after the same

24   was retired, abandoned, decommissions and/or closed, et cetera.

25   You testified as to that one as well, right?

1  A.  Yes.  Part, yes.

2  Q.  All right.  And so anyway, so that was the topic -- topics

3  that were covered at your March deposition as a 30(b)(6) and

4  fact witness.  And then we mentioned that you were deposed a

5  second time in June as an expert.

6        And in between those two depositions, March and June,

7  is when you became an expert in this case, correct?

8  A.  That's when I was being asked to be an expert, yes.

9  Q.  Okay.  And so you were -- and your -- to put it more in

10  timeframe, your expert reports in this case was issued on

11  May 8, is that --

12  A.  Yes.

13  Q.  And you were asked to be an expert, or to provide an expert

14  opinion, about two weeks before that?

15  A.  Yes, when --

16  Q.  So late April?

17  A.  Yeah.

18  Q.  Now, to prepare for your March deposition that covered

19  these topics 8 through 11, among other things, you reviewed a

20  box of documents?

21  A.  Yes.

22  Q.  And the box contained things like old pipeline drawings and

23  work orders, such as we've been looking at today?

24  A.  Yes, lots of documents.

25  Q.  And in March -- in March, after reviewing those documents,

Fox - cross                                                    57

1   you could not rule out the possibility that the Dodge Avenue

2   gas line was used to transport manufactured gas, right?

3   A.   At that time, yes, I didn't see all the data that I saw

4   later.

5   Q.   And if I can ask you to just turn briefly for reference in

6   your binder of exhibits there to Exhibit 312.  And just for

7   reference, Exhibit 312, it's fair to say, is -- contains some

8   pipeline maps and drawings?

9   A.   I'm sorry?

10  Q.   I say, Exhibit 312 contains some pipeline maps and

11  drawings?

12  A.   Yes.

13  Q.   And these were among the documents that you reviewed --

14  A.   Yes.

15  Q.   -- in getting ready for your deposition in March?

16  A.   Yes.

17  Q.   Right?

18        And in fact, the maps here, many of them at least, are

19  referring to pipelines that are along Oakton Street and Dodge

20  Avenue?

21  A.   Correct.

22  Q.   And in March of this year, when you were deposed, you

23  didn't know whether the gas lines that are depicted on this

24  exhibit here, 312, distributed manufactured gas, right?

25  A.   During March of this year, I didn't know?  I think that

Fox - cross                                                    58

1   that time period, if I remember right, I knew that it carried

2   gas.  I didn't know if it carried only one or the other or a

3   combination of that.

4   Q.  So you didn't know whether it carried manufactured gas?

5   A.  Right.

6   Q.  And you indicated that the gas line on Oakton may or may

7   not have been used to transport manufactured gas, right?  Is

8   what you said in March?

9   A.  March, yes.

10  Q.  In March you said it would be speculation to say whether

11  that line was used to transport manufactured gas.

12  A.  Yes.

13  Q.  Among other things, you didn't know what the flow of the

14  gas was, when things were operational?

15  A.  Yes.

16  Q.  So in March you didn't know what kind of gas flowed through

17  the Dodge and Oakton lines.  But you agree that it at least may

18  have been manufactured gas, right?

19  A.  At that time I didn't have that conclusion totally brought

20  together.  I didn't have all the knowledge that I have as I

21  read through material a second and third and fourth time.

22  Q.  So but in -- in March you agreed that the gas that was

23  carried in the Dodge and Oakton lines at least may have been

24  manufactured gas?

25  A.  I didn't have all the knowledge I had later.

Fox - cross                                                    59

1    Q.   It's a yes or no question.

2    A.   Yes.

3    Q.   Now, similarly, in March of this year, you didn't know what

4    the source of the gas transported in the Dodge Avenue gas line

5    was prior to 1927, right?

6    A.   Yes.

7    Q.   That's a yes?

8    A.   Yes.

9    Q.   Now in your May 8 expert report, two months later, you

10   opine that the Dodge gas line did not carry gas from the Skokie

11   MGP, right?

12   A.   Correct.

13   Q.   Now, in arriving at your expert opinions that are in your

14   May 8 report, you reviewed the same box of Nicor records that

15   you reviewed in advance of your March deposition, right?

16   A.   That's true.

17   Q.   And so with respect to the source of gas in the Dodge

18   Avenue gas line, you reviewed the same set of documents.  But

19   you came to a different conclusion as an expert than you did

20   two months before when you were testifying as the company's

21   corporate representative?

22   A.   Yeah.  There is -- there is also additional information

23   became available during that time period as well.

24   Q.   And what additional information are you referring to?

25   A.   There is information from -- an exhibit from Nancy Huston's

1    testimony that provided information about when gas was first

2    brought into the system from Peoples Gas in 1924.  And that

3    document was based out of a Brown's report.

4    Q.  Okay.  Let me ask you to turn to Exhibit 541.  And Exhibit

5    541, Mr. Fox, is a list of documents that you considered in

6    arriving at your expert opinions, right?

7    A.  I believe it is.  I just don't have all the numbers

8    memorized.  So --

9    Q.  Right.

10          Says at the top:  Documents provided by Nicor's

11   counsel and considered by Dan Fox, right?

12   A.  Yes.

13   Q.  You don't have any reason today to disagree with that

14   heading, do you?

15   A.  No.

16   Q.  And so it says, right there at the top:  The following

17   witnesses' dep -- among the things you considered were

18   witnesses' deposition transcripts and exhibits.  First one is

19   Nancy Huston.

20   A.  Yes.

21   Q.  Right.

22          So you had Nancy Huston's transcript and exhibits?

23   A.  Yes.

24   Q.  All right.  Okay.

25          Now, were you -- are you familiar with the fact that

Fox - cross                                                        61

1   between March 16, when you were deposed the first time, and

2   May 8, when you issued your expert report, the utilities asked

3   the court for permission to amend their answers in this case?

4   A.   Yes.

5   Q.   You were aware of that?

6   A.   Yeah.

7   Q.   And when did you become aware of that?

8   A.   I think it's during the preparation for the report.   I

9   don't remember time period.

10  Q.   Now -- and we indicated earlier that it was in late April

11  the utilities counsel asked you to be an expert witness?

12  A.   Yes, about the time period, yes.

13  Q.   And you said yes.

14  A.   Yes.

15  Q.   All right.   Now, in between the time when you were asked to

16  be an expert witness and you submitted your report, you had

17  communications with counsel, right?

18  A.   Sure.

19  Q.   Now, let me ask you to turn in the binder toward the end,

20  there is a tab NIG's answer.   Do you see that?

21  A.   Yes, NIG's answer.

22  Q.   Have you seen this document before, Mr. Fox?

23  A.   I don't remember seeing this report.

24  Q.   Okay.   Just to make sure we're on the same page, it's the

25  document that says:   Defendant Northern Illinois Gas Company's

1   answer and affirmative defenses?

2   A.   Yes.

3   Q.   Okay.  And so you are saying that you haven't seen this

4   before?

5   A.   I don't recall seeing this.

6   Q.   Let me ask you to turn to page 15.

7           And on page 15, there is paragraph 42, which first

8   recites some of the city's allegation.  On information and

9   belief, the Skokie MGP distribution infrastructure historically

10  transported --

11          THE COURT:  You have to slow down.

12          MR. BROOKS:  I'm sorry, your Honor.

13  BY MR. BROOKS:

14  Q.   On information and belief, the Skokie MGP distribution

15  infrastructure historically transported manufactured gas from

16  the Skokie MGP and consisted of multiple structures located in

17  vicinity impacted area.  These structures are depicted in

18  exhibits that are designated there.

19          And after that there is Nicor's answer, which says:

20  Nicor admits that certain distribution pipelines formerly

21  located in the vicinity of James Park, Oakton Street, and Dodge

22  Avenue, historically transported manufactured gas from the

23  Skokie MGP.

24          So -- and you hadn't seen that?

25  A.   I -- no, I have not seen this document.

1    Q.   Okay.  Now, so you -- you're saying that when you were

2    preparing as -- to testify in March as Nicor's corporate

3    representative, nobody -- nobody showed you this?

4    A.   No.

5    Q.   Now, isn't -- we talked earlier about your opinion that --

6    well, I mean, you would agree that there is a -- one of the

7    opinions you give is that there is no evidence that Dodge gas

8    supply line carried manufactured gas from the Skokie MGP?

9    A.   Repeat?

10   Q.   I'm sorry.  You would agree that one of the opinions that

11   you state in your report is that there is, quote, no evidence

12   that the Dodge gas supply line carried manufactured gas from

13   the Skokie MGP.  That's one of the opinions that you give?

14   A.   Correct.

15   Q.   Now, isn't this admission here by Nicor, your employer --

16   isn't that pertinent to whether there is evidence of the Dodge

17   gas supply line carrying manufactured gas from the Skokie MGP?

18          MR. TER MOLEN:  Your Honor, I object to the legal

19   characterization used in the cross-examination of this witness.

20          THE COURT:  I'm going to sustain that objection.  You

21   established that he didn't see it in preparation for his

22   30(b)(6) deposition.  Whatever conclusions to be drawn from

23   this, I think the attorneys can argue and I will draw.

24   BY MR. BROOKS:

25   Q.   And, Mr. Fox, would you -- further did you address what's

1  stated here in your expert report?

2  A.  I'm sorry.  Again?

3  Q.  The -- what's stated here in the answer, is that something

4  that you addressed in your expert report?

5  A.  I talked about the topic, yes.  But I didn't know about

6  this statement here before.

7  Q.  Let me ask you to turn one tab prior to that, Commonwealth

8  Edison's answer.

9         Have you seen this document before?

10  A.  No, I don't remember seeing this one either.

11  Q.  So again, if we can turn -- I guess the page numbers here

12  are on the top, page 17 of 41.

13  A.  Okay.

14  Q.  And again, we are looking at paragraph 42.  The allegations

15  are the same as what we looked at before.  Focusing on the

16  answer it says:  ComEd admits that historically manufactured

17  gas was distributed from the Skokie MGP, including through gas

18  distribution pipelines that were located on Oakton Street and

19  Dodge Avenue, within the impacted area.

20         See that?

21  A.  Yes.

22  Q.  And that's not something you saw prior to your --

23  A.  Did not see this.

24  Q.  You didn't see it prior to your March deposition?

25  A.  No.

1   Q.  Didn't see it prior to your -- submitting your expert

2   report?

3   A.  No.

4   Q.  Are you aware of the fact that ComEd formerly owned, at

5   least for a period of time, the Skokie MGP?

6   A.  I was aware of, yes, Skokie was involved -- or ComEd was

7   involved in a ownership, yes.

8   Q.  Now, Mr. Fox, in March you also testified that it's

9   possible -- well, we've been talking about the 48-inch gas

10  line.  Mr. Ter Molen asked you some questions about that?

11  A.  Yes.

12  Q.  Okay.  Which is down, if I'm correct in the -- kind of the

13  southwest corner of what's labeled there as future James Park,

14  at least part of it.  Is that a fair statement?

15  A.  Yeah, it's a line that goes up along McCormick on the west

16  side.

17  Q.  Now, in March you testified that it was possible at least

18  that the 48-inch gas line was used to transport gas from Skokie

19  MGP to some other location?

20  A.  Correct.

21  Q.  And in your May expert report, by contrast, you say that

22  the 48-inch line was intended to supply gas from Peoples Gas to

23  the Skokie MGP.

24  A.  Yes.

25  Q.  Now, are you now saying it's impossible that the 48-inch

1   gas line was used to transport gas from the -- from the Skokie

2   MGP to some other location?

3   A.   I only saw the documentation that showed the supply of gas

4   from Peoples into the system based on the wording of the

5   various work orders involved.  And also looking at the volumes

6   of the plant produced, it produced volumes of gas for a number

7   of years.

8           So the gas had to be brought in from that 48-inch line

9   during those time periods.

10  Q.   Okay.  But I'm asking whether your opinion now is that it

11  is impossible that the 48-inch gas line was used to transport

12  gas from the Skokie MGP to some other location?

13  A.   I didn't see quite the information that I saw for the Dodge

14  line.  But there is always a possibility it was delivered that

15  way.  I just didn't see all the -- on the check valves, that --

16  quite the documentation didn't see for Dodge.

17  Q.   So you're saying today that it is possible that the 48-inch

18  gas line was used to transport gas from the Skokie MGP to some

19  other location.

20  A.   There could have been that possibility.  But the volume of

21  gas the plant produced was very minimal after 1931, which is

22  when this line was installed.

23           THE COURT:  And what's your basis for saying that?

24           THE WITNESS:  Based on the production reports for that

25  plant.

1          THE COURT:  That was found -- that came from Nicor's

2    own files?

3          THE WITNESS:  That's -- came -- part of the Brown's

4    reports that they publish each year in production.

5          THE COURT:  So talk to me about that.  What are

6    Brown's reports?

7          THE WITNESS:  It's kind of a report that provides, you

8    know, the utilities a summary of the activities from a

9    production standpoint on a yearly basis.  And early days they

10   talked about production of natural gas or manufactured gas.

11   Also talked about purchase of gas from other utilities.

12         THE COURT:  And I know that during your examination

13   you mentioned that as part of your duties as director of

14   engineering sometimes you have to try to incorporate other

15   companies and other companies' facilities.  As part of your

16   duties have you had occasion to review the Brown's report for

17   information, for historical information, about the production

18   at former sites?

19         THE WITNESS:  I have not had a reason to do at other

20   locations.

21         THE COURT:  And so is this -- as part of your expert

22   report here, is this the first time that you have looked at a

23   Brown's report in order to assess historically what a

24   particular plant produced or didn't produce?

25         THE WITNESS:  Yes.

1        THE COURT:  Thank you.

2  BY MR. BROOKS:

3  Q.  Mr. Fox, you testified earlier in response to Mr. Ter

4  Molen's question about a meter along -- I think you said it was

5  on Dodge near Howard?

6  A.  Yes.

7  Q.  Now -- and we also talked about you have reviewed at least

8  a box of documents to get ready for your depositions.

9  A.  Correct.

10  Q.  Now, in all of the Nicor records that you reviewed, there

11  were no readings from that meter?

12  A.  No.

13  Q.  You are not aware of any documentation that reflects the

14  amount of gas that went through that meter?

15  A.  Not to exact readings as a meter, no.

16  Q.  You do not know what volume of gas went through the meter,

17  if any?

18  A.  There is a Brown's report that showed production or

19  purchase of gas from Peoples in 1924.  There was a volume

20  delivered there.

21  Q.  But the Brown's -- I'm sorry.  Were you done?

22  A.  I'm sorry?

23  Q.  I'm sorry.  Were you done with your answer?

24  A.  Yeah.

25  Q.  Okay.  But the Brown's report doesn't specifically report

1    what went through Nicor's meter at Dodge and Howard, does it?

2    A.  Well, I am not aware of any other connections to the system

3    at that point, in that area.

4    Q.  Well, didn't you indicate that the 48-inch line also went

5    up?

6    A.  Not 1924.

7    Q.  So it's your view that the Brown's report is a record of

8    what went through the meter at Dodge and Howard?

9    A.  That's what I believe, yes.

10   Q.  But there is no documents in Nicor's records about what

11   went through the meter?

12   A.  I have not found any documents for that information, no.

13   Q.  And you first started looking at documents back in

14   February?

15   A.  Yes.

16   Q.  Now, you don't know either of the specific source of any

17   gas that Peoples may have sent through that meter?

18   A.  I don't know where the source of the gas is in that time

19   period.  1924 I'm talking about.

20   Q.  And do you know what the specific source of the gas that

21   went through that meter was in any time period after 1924?

22   A.  1931 it talks about the gas being brought in.  We've

23   referenced the Evanston report that was a newspaper article,

24   gave some kind of history of the gas being brought into the

25   area from the early 1900s all the way into the 1950s era

1    period.  And they talked about the gas being brought in from

2    the Texas pan handle being brought into the Chicago market

3    area.  And this is -- this connection here brought that gas

4    into the Evanston area.

5    Q.  Doesn't the Evanston report talk about gas coming from the

6    Skokie MGP along Oakton?

7    A.  I don't recall having that same direction of flow, no.

8    Q.  Now, you don't know whether the gas that went through the

9    meter was manufactured gas as opposed to natural gas?

10   A.  In 1924?

11   Q.  At any point.

12   A.  I do not know what the source of the gas in 1924, no.

13   Q.  May I ask you to turn in your binder of deposition

14   transcripts to the June deposition?  In particular, page 108.

15   A.  I'm sorry.  I don't know if I have the right -- what's the

16   exhibit?

17   Q.  It's the binder of depositions, not exhibits.  Depositions.

18   A.  What page?

19   Q.  Page 108 of the June transcript.

20   A.  Okay.

21   Q.  Are you there?

22         So I asked the question:  Do you know whether any of

23   the gas that was distributed -- any of the gas that was

24   distributed along the Dodge supply line from Peoples was

25   manufactured gas?

1          Answer:   I don't know.

2   A.   Yes.

3   Q.   You didn't qualify it with, I don't know about whether it's

4   1924.  You just said, I don't know, right?

5   A.   Right.

6   Q.   Now, Mr. Fox, you have not researched whether any of the

7   gas that went through the meter was manufactured gas as opposed

8   to natural gas?

9   A.   No.

10  Q.   You don't know whether the gas you say was distributed

11  along the Dodge supply line from Peoples was, for example, coal

12  gas?

13  A.   No.

14  Q.   You don't know whether it was carbureted water gas?

15  A.   No.

16  Q.   Now, there were some mention in your testimony in response

17  to Mr. Ter Molen's questions of a company Public Service Co. of

18  Northern Illinois?  I'm sorry.

19          There was a reference in your answers to Mr. Ter

20  Molen's questions to a company named Public Service Company of

21  Northern Illinois?

22  A.   Okay.

23  Q.   And that's a predecessor of Nicor?

24  A.   Yes.

25  Q.   And you indicated that the Dodge Avenue gas line was relaid

Fox - cross                                          72

1    in 1927.

2    A.   Correct.

3    Q.   And the records of that are in Nicor's files, right?

4    A.   Yes.

5    Q.   Right.

6            So it's fair to say that the Dodge Avenue gas line,

7    that's a gas line that's owned by Nicor, or its predecessor

8    Public Service Company?

9    A.   It was found in the records.

10   Q.   So is -- was the Dodge Avenue gas line a line that was

11   owned by Public Service Company of Northern Illinois?

12   A.   I can only go by what's in the records.  I didn't know

13   ownership.  I didn't research the ownership.

14   Q.   But we -- we established that the Dodge Avenue gas line was

15   relaid in 1927.

16   A.   Right.

17   Q.   Was -- do you know whether it was the practice of Public

18   Service Company of Northern Illinois to relay lines that it did

19   not own?

20           MR. TER MOLEN:  Your Honor, I object to the line of

21   questioning of ownership.  It's outside the scope of both the

22   direct examination and outside the scope Mr. Fox's report.

23           THE COURT:  I am going to go ahead and allow the

24   question.  Go ahead.  You can answer, if you can.

25   BY THE WITNESS:

Fox - cross                                    73

1   A.   Can you repeat the question?

2   BY MR. BROOKS:

3   Q.   Yes.  Is it your understanding, Mr. Fox, that back at the

4   time the Dodge gas line was relaid in 1927, that Public Service

5   Company of Northern Illinois had a practice of relaying gas

6   pipelines that it did not own?

7   A.   Make sure I understand your question.  I believe they would

8   have probably owned the pipeline if they relaid it, yes.

9   Q.   And Dodge Avenue gas line was in the distribution territory

10  of Public Service Company of Northern Illinois?

11  A.   Yeah, the dividing line between Peoples Gas and Public

12  Service was Howard.  That yellow line across the bottom is

13  Howard.  So that's the service territory division between the

14  two companies.

15  Q.   To look at the board here, this pink shaded area, that's

16  Peoples service territory?

17  A.   Correct.

18  Q.   Everything up here is Nicor service territory?

19  A.   Yeah.

20  Q.   And in fact, then was Public Service Company of Northern

21  Illinois territory?

22  A.   Yes.

23  Q.   Now, there was some talk about a check valve earlier today.

24  Remember that?

25  A.   Yes.

Fox - cross                                    74

1    Q.  And the check valve was installed on the Dodge gas line

2    near Howard, right?

3    A.  At the meter location.

4    Q.  I'm sorry, where?

5    A.  At the meter location.

6    Q.  Okay.  And that's -- so that's this green line is Dodge.

7    Orange line is Howard.  So right here where the circle is,

8    about that's where the meter is --

9    A.  Yes.

10   Q.  -- check valve?

11   A.  Yes.

12   Q.  Now, the check valve was installed in 1930, right?

13   A.  '29 to '30, somewhere in that era, yes.

14   Q.  And you indicated earlier that it's your understanding

15   that -- at least that the Dodge gas line was laid -- originally

16   laid in 1924?

17   A.  Correct.

18   Q.  So the Dodge gas line had been in operation for at least

19   five, six years before the check valve was installed?

20   A.  Correct.

21   Q.  And the purpose of the check valve, we talked about, is to

22   prevent backflow of gas from the Nicor system to the Peoples

23   Gas system?

24   A.  Correct.

25   Q.  Now, you didn't work at Nicor back in 1929, '30, when the

1   check valve was installed, right?

2   A.   Correct.

3   Q.   You didn't participant in the decision to install the check

4   valve, right?

5   A.   I wasn't there.  So I couldn't have been, right?

6   Q.   Now, at least today, is it Nicor's practice to install

7   equipment on its gas line that's unnecessary?

8   A.   I'm sorry.  Say that again?

9   Q.   I said, at least today, in your experience, is it Nicor's

10  practice to install equipment on its gas lines that is

11  unnecessary?

12  A.   Today we install check valves in a lot of places in our

13  system.

14  Q.   Whether they are necessary or not?

15  A.   Yes.

16  Q.   Now, gas was transmitted from the Skokie MGP eastward into

17  Evanston in a pipeline running along Oakton Street?

18            I'm sorry.  Gas was transmitted from the Skokie MGP

19  eastward into Evanston in a pipeline running along Oakton

20  Street?

21  A.   At times, yes.

22  Q.   And the Oakton Street gas line intercepted with the Dodge

23  Avenue gas line at what's -- what is known as a cross?

24  A.   Yes.

25  Q.   And a cross does not regulate the flow of gas, right?

Fox - cross                                        76

1   A.   No.

2   Q.   Gas just passes through the cross?

3   A.   Cross is another version of a T.  It's just a four-way

4   intersection of pipes.

5   Q.   So there's nothing about the cross at the intersection of

6   Dodge and Oakton per se that would have prevented gas from

7   flowing south along Dodge.

8   A.   Correct.

9   Q.   Now, and there was a -- you talked about a regulator

10  earlier.  And the regulator was on the Oakton line east of

11  Dodge, right?

12  A.   Yes.

13  Q.   And so the regulator did not prevent gas from flowing south

14  along Dodge Avenue, right?

15  A.   Correct.

16  Q.   Now, there was no check valve at Oakton and Dodge, right?

17  A.   No.

18  Q.   As we've seen, the check valve was farther south at Dodge

19  and Howard.

20  A.   Yes.

21  Q.   And pressure from the Skokie MGP could push gas south along

22  Dodge, at least to the check valve, right?

23  A.   Not that I can understand from my knowledge how it can go

24  south.  Is the pipe -- is -- once it operates to flow gas, you

25  have a column of gas in that pipe.  You can't move gas south

Fox - cross                                                    77

1    because it's very full gas.  Doesn't have place to go.

2           And gas moves based on differential pressure.

3    Differential pressure allows gas to transmit from one place to

4    another.  If that pressure is the same there, it's not going to

5    go anywhere.  So even though there were -- if there is no flow

6    on the Peoples Gas system coming into Dodge, that pipe would

7    still stay there with the same molecules in it that was there

8    the day before when it did operate.

9    Q.  Well, whether we're crediting your assumption that Peoples

10   sent gas north along the Dodge line, whether the gas went south

11   to the check valve at Dodge and Howard would just depend on

12   whether the Skokie MGP or the Peoples system was pushing out

13   the higher pressure, right?

14   A.  No.

15   Q.  Let me ask you to turn in your transcripts binder to again

16   the June 18 deposition, page 143.

17   A.  143.

18   Q.  And directing your attention to line seven.  And so the

19   questions I asked and answers that you gave went like this:

20          Question:   And in the absence of the check valve,

21   that would permit gas to flow either way?

22          Answer:   If conditions are right, yes.

23          Question:   And when you say, if the conditions are

24   right, the conditions being what?

25          Answer:   You would have higher -- have to have higher

1   pressure for gas to overcome the Peoples system.

2              Question:   So it would depend on which system was

3   pushing out the higher pressure?

4              Answer:   Yes.

5              That -- that was your testimony in June.

6   A.  Yes.

7   Q.  So --

8   A.  Try -- want to clarify to make sure you understand, because

9   I think this is part of the challenge here is is understanding

10  that once you have a pipe full of gas, it doesn't move unless

11  somebody changes something in that pipe to change the pressure

12  in the pipe and change the flow of gas.

13  Q.  And that's not something you said in response to the

14  questions that I asked you last month, right?

15  A.  Yeah, I was trying to get that clarified.  That's why I

16  want to make sure we brought that topic up here.

17  Q.  But you didn't clarify it then.

18  A.  I didn't --

19  Q.  -- qualify --

20  A.  I didn't properly clarify it then, yes.

21  Q.  So if the Skokie -- if the Skokie MGP was pushing out gas

22  at a higher pressure than the Peoples system, the gas from the

23  Skokie MGP would travel south along Dodge to the check valve at

24  Dodge and Howard, right?

25              Sure.  If the Skokie MGP was pushing out gas at a

Fox - cross                          79

1   higher pressure than the Peoples Gas system was, the gas from

2   the Skokie MGP could travel south along Dodge to the check

3   valve at Dodge and Howard, right.

4   A.   When the check valve is installed, there was no way the gas

5   can flow south.

6   Q.   The check valve was at Dodge and Howard?

7   A.   Yes.

8   Q.   But from Oakton and Dodge, was there a check valve at

9   Oakton and Dodge?

10  A.   No.  But where is the gas going to go?  Where is it going

11  to travel to?

12       That's what -- I'm lost in your conversation because

13  that column of gas is still there.  It doesn't -- doesn't go

14  anywhere.  Once its backed up to check valve, it's not going to

15  go anywhere.  It's full.

16       It's like a glass of water is full.  You can't put

17  more water in it because you decide to put more water in it.

18  The stuff isn't going to go anywhere.

19  Q.   Again back in June when I asked you the questions, your

20  answer to the question, so would it -- so it would depend on

21  which system was pushing out the higher pressure, your answer

22  was one word:  Yes.

23  A.   Well, that's when -- when the check valve is installed, it

24  basically stops that from happening.

25  Q.   Mr. Fox, you have referred to the Evanston Review article,

1  and we looked at it a little bit previously.  It's -- it's in

2  the binder I gave you.  It's in the binder that Mr. Ter Molen

3  gave you, whichever one you prefer to refer to.

4  A.  Where is it at?

5  Q.  I guess, if -- if it's easier, kind of in the middle there

6  is a tab in the binder that I gave you that says, 1950 Evanston

7  Review article.

8  A.  Okay.

9  Q.  And this is the Evanston Review article that we referred to

10 earlier, at least a snippet of it?

11 A.  Yes.

12 Q.  Okay.  And this is something that you considered in the

13 course of arriving at your opinions?

14 A.  Yes.

15 Q.  And so looking there kind of on the left column -- well,

16 first of all, at the top the heading is, Evanston 25 years ago

17 and today, with the handwritten notation, October 5, 1950,

18 right?

19 A.  Yes.

20 Q.  So it's an indication that that 1950 is when this document

21 was published, to your understanding?

22 A.  Yes.

23 Q.  Now, it talks about in the -- kind of in the middle of the

24 first column there, in 1925 when the Evanston Review was born,

25 the Public Service Company of Northern Illinois already was a

Fox - cross                                    81

1    rapidly growing youngster, so on and so forth.

2              So Public Service Company of Northern Illinois,

3    that's -- we referred to them previously today, the predecessor

4    of Nicor, right?

5    A.   Okay.

6    Q.   And so this is -- article is reviewing the 25 years from

7    1925 up until 1950.  And it says towards the bottom of that

8    first column:  In those days, back in 1925, all the gas used

9    in -- all the gas used in the community was made at the Oakton

10   Street gas plant at Oakton and McCormick Boulevard.

11             Would that be to your understanding the Skokie MGP as

12   we have been referring to in this case?

13   A.   Yeah.  I mean, that's the Skokie plant, yes.

14   Q.   And continuing over in the top of the right-hand column it

15   says, the article states:  The entire gas reserve was stored in

16   a gas holder, a gas holder with a capacity of 5 million cubic

17   feet.  Right?

18   A.   Yes.

19   Q.   And then it makes reference to rise in demands.  Then I

20   think -- and this is the paragraph we looked at earlier:  In

21   anticipation of these continually rising demands, the company

22   obtained a large supply of natural gas via pipeline from the

23   Texas panhandle in 1931, just in time for the great depression,

24   right?

25   A.   Correct.

Fox - cross                                    82

1    Q.   So that's what you're referring to as basis for natural gas

2    coming into the Evanston area in 1931?

3    A.   That's one of the bases, yes.

4    Q.   And then in the next paragraph it refers to continuing

5    greater demand.  And then in I guess it's the last full

6    paragraph in the right-hand column, it states that:  To meet

7    this demand, the company, Public Service Company of Northern

8    Il -- Illinois  has completed -- and this is in 1950 -- has

9    completed a huge construction program resulting in extensive

10   additional gas storage facilities and large-size bulk

11   distribution mains, converted its gas service from 800 BTU

12   mixed gas to 1,000 BTU  straight natural gas.

13           So based on this article, which you considered, it's

14   fair to say, isn't it, that in terms of timing, the Skokie MGP

15   did not start delivering straight natural gas into Evanston

16   until 1946 at the earliest, right?

17   A.   I don't read it that way, no.

18   Q.   Well, it says:  To meet this demand, the company since 1946

19   has among other things converted its gas service from mixed gas

20   to straight natural glass.

21           And mixed gas you understand is -- am I correct, is a

22   combination of manufactured gas and natural gas?

23   A.   Combination, yes.

24   Q.   Right.

25           So does the statement there that since 1946 the

Fox - cross                                                    83

1   company has converted from mixed gas to straight natural gas

2   indicate to you that between -- doesn't that indicate to you

3   that between 1931 and 1946, it was mixed gas going from the

4   Skokie MGP over to Evanston?

5   A.  Yeah.  Yes, it does.

6   Q.  And it wasn't until 1946 that Public Service Co. of

7   Northern Illinois, Nicor's predecessor, started converting over

8   to transmit straight natural gas to Evanston, right?

9   A.  The Skokie manufactured gas plant, the records of its

10  production is almost zero for -- was zero for a couple years,

11  right after 1931.  In that point on, it very rarely produced

12  any gas at all, to all the way until they're retired in late

13  '50s.

14  Q.  But this document you relied on indicates that it's mixed

15  manufactured and natural gas being transmitted from the Skokie

16  MGP over into Evanston from 1931 to at least 19 --

17  A.  Yes, mixed gas is mixed gas.  Even the amount of gas the

18  manufactured gas plant was still mixed in with the pipeline

19  gas, yes.

20  Q.  Correct, right?

21          So part of the mixed gas was manufactured gas coming

22  from the Skokie MGP, right?

23  A.  Majority of it being the plant -- not from the plant

24  because of the minimal volumes it produced was very small

25  compared to the usage at the time.  So it would be very small.

1          If you look at the relationship of the volumes it

2    produced in the '20s and up to 1931, it dropped off to one --

3    basically 1/200ths of it, volumes, dropped off drastically.

4    And the -- the usage of gas didn't drop that way.

5    Q.  So in -- in your opinions today, it was very small.  But

6    still some of it was manufactured gas.

7    A.  Very small amount, yes.

8    Q.  Mr. Fox --

9          THE COURT:  If I could ask a question.

10         So according to at least this article, the article

11   talks about how there was kind of an expansion of the system

12   that took place beginning in 1925, right?  That's kind of the

13   first half.

14         And then it states:  At the start of the period,

15   beginning 1925, most of Evanston's residents used gas for

16   cooking.

17         THE WITNESS:  Correct.

18         THE COURT:  And then the next paragraph says:  In

19   those days, presumably being 1925, all the gas used in the

20   community was made at the Oakton Street gas plant at Oakton and

21   McCormick, which would be the Skokie MGP site, right?

22         THE WITNESS:  Yes.

23         THE COURT:  So at least according to this newspaper

24   article, as of 1925 the MGP was supplying all the gas into the

25   community.

1          THE WITNESS:  Well, I think the article did include

2     the small portion that was brought in from Peoples during the

3     1924 time period.  So there is a small portion that was brought

4     in in comparison to the small portion of the volume brought

5     into this area.

6          THE COURT:  Well, I'm just quoting what the article

7     says.

8          THE WITNESS:  I understand.

9          THE COURT:  It says:  In those days all the gas used

10    in the community was made at the Oakton Street gas plant at

11    Oakton and McCormick Boulevard.

12          And if we take that to be true, just hypothetically

13    speaking let's say this article is accurate.  So that means

14    that, just looking at the timeframe here, the Dodge Avenue line

15    was laid in 1924.

16          THE WITNESS:  Yeah.

17          THE COURT:  And at that point in time, the check valve

18    wasn't there, right?

19          THE WITNESS:  Correct.

20          THE COURT:  And so then we have the MGP producing

21    mixed gas flowing through the Oakton line, right, meeting the

22    Dodge line at a plain T, right?

23          THE WITNESS:  Okay.

24          THE COURT:  I'm just -- right?  And that's what has

25    come out so far in the testimony.  And so at that point in

Fox - cross                                                    86

1    time, given the fact there was no check valve and assuming that

2    this article is correct, it would be quite possible, wouldn't

3    it, that gas from the MGP would flow -- could flow down the

4    Dodge Avenue line, depending upon pressure differential?

5              THE WITNESS:  Well, the articles that I found in the

6    storage records indicated that the line -- the intention of the

7    Dodge line was built to supply gas from Peoples to our system

8    at that point in time.  There is no mention anywhere in those

9    documentations that talked about any flow or design to move the

10   gas south.

11             Also we talked about the meter.  The meter -- meter is

12   designed to flow direction one way.  During the installation of

13   the check valve, there is no indication that that meter was

14   reversed or that there was a second meter installed at that

15   time to allow directional flow be going the opposite way.

16             That helps support the fact that the gas only intended

17   to flow northbound, that location.

18             THE COURT:  And back to that line of questioning that

19   we had before about whether or not it was possible that gas

20   produced by Skokie MGP could flow down the Dodge line.  You're

21   talking about the check valve being there.  And we are talking

22   pre check valve.

23             THE WITNESS:  Correct.

24             THE COURT:  And so during the period pre check valve,

25   it would certainly -- I don't know, would it be -- would the

1   possibility that the MGP gas could go down the Dodge line be a

2   possibility that would be increased, right?  Depending on the

3   pressure differential.

4           THE WITNESS:  Right.  But the design of the meter

5   would not be set up to flow southbound.  So that would tell me

6   there was no intentions of it flowing southbound.

7           THE COURT:  No, understood that the parties didn't

8   intend the meter to capture any gas going southbound.  But

9   whether or not the parties intended it, it's still possible

10  that the gas could have flowed southbound.

11          THE WITNESS:  Yes, there is nothing stopping it from

12  mechanically flowing southbound, yes.

13          THE COURT:  Thank you.

14  BY MR. BROOKS:

15  Q.  Mr. Fox, have you --

16  A.  One thing I was -- can I also include here, there are

17  valves on that system that could have been manually closed.  It

18  was not talked about in this conversation.  But it could

19  operate to actually isolate the system if they chose to.

20          THE COURT:  But have you seen anything that would

21  indicate how the valves were operated one way or the other?

22          THE WITNESS:  Well, the -- with discussion we talked

23  about the regulators at Dodge and Oakton.  We talked about them

24  automatically to set up the flow from Peoples Gas.  That tells

25  me there were some manual process involved prior to that.

1          THE COURT:  Okay.

2          THE WITNESS:  So if that was the case, it could have

3   been manually shutting valves to force the gas to flow one

4   direction.

5          THE COURT:  Okay.  Thank you.

6   BY MR. BROOKS:

7   Q.  And following up on that, Mr. Fox, the regulator was

8   installed in 1929?

9   A.  There was a change in regulators.  There was a regulator

10  there prior to that.

11  Q.  Okay.  When was the prior regulator installed, if you know?

12  A.  I don't recall the date of that prior regulator.  But the

13  change that I was talking about to make it automated was

14  happening around 1929.

15  Q.  And you made reference in response to Judge Lee's questions

16  about valves that may have been manually turned?

17  A.  Yes.

18  Q.  Do you know which valves, if any, when were turned by whom

19  in the 1920s?

20  A.  I don't have that information.  I'm just reading the

21  information that said, they tried to automate the system so the

22  gas could be brought in from Peoples Gas directly.

23  Q.  There was some testimony in response to Mr. Ter Molen's

24  questions about the water main.  Remember those questions?  I'm

25  sorry?

1  A.  Alarming?

2  Q.  The water main on Dodge Avenue?  Remember those questions?

3  The water main in relation to the gas line.  You remember those

4  questions?

5  A.  I am not hearing your first word.  Alarming?

6  Q.  In response to Mr. Ter Molen -- you remember Mr. Ter Molen

7  asking you some questions about the Dodge Avenue water main and

8  it's --

9  A.  Oh, water main.  I am sorry.

10  Q.  Now, you have never installed a water main before, right?

11  A.  No.

12  Q.  Okay.  And you've obviously never installed a water main in

13  the 1920s --

14  A.  Correct.

15  Q.  -- right?

16        And you've never installed a water main near a gas

17  line either -- well, ever, right?

18  A.  Correct.

19  Q.  Including in the 1920s?

20  A.  I don't think so.

21        MR. BROOKS:  May I have a moment, your Honor?

22        THE COURT:  You may.

23     (Brief pause.)

24        MR. BROOKS:  Nothing further, your Honor.  Thank you.

25        THE COURT:  Okay.  Mr. Ter Molen, redirect?

```
 1              MR. TER MOLEN:  Yes, sir.  I'll be -- I think I'll be
 2     brief, your Honor.  Although sometimes famous last words.
 3              THE COURT:  I am almost immune to that, Mr. Ter Molen.
 4                         REDIRECT EXAMINATION
 5     BY MR. TER MOLEN:
 6     Q.  Mr. Fox, do you still have that binder we gave you handy?
 7     A.  No, I gave it -- dropped it back with you when I walked out
 8     of the room.
 9              MS. SIGEL:  Actually I think that Mr. Brooks brought
10     it back up for you.
11              MR. BROOKS:  I did.
12              THE WITNESS:  I only have the three binders that --
13     BY MR. TER MOLEN:
14     Q.  One of these is from us.  I think this is actually ours.
15     Okay?
16     A.  Okay.
17     Q.  And if you could turn to -- if you could turn please to the
18     tab that is -- I'll identify it here in just a moment.  It's
19     identifying the reason for replacing the -- I'm sorry.  The
20     reason for relaying the line there on Dodge.
21              THE COURT:  Exhibit 2?
22              MR. TER MOLEN:  Thank you, your Honor.
23              THE COURT:  Second page.  No?
24              MR. TER MOLEN:  It might be part of Exhibit --
25          (Brief pause.)
```

```
 1              THE WITNESS:  Is it tab 9?
 2    BY MR. TER MOLEN:
 3    Q.  Just looking.
 4              THE COURT:  Yes.
 5    BY MR. TER MOLEN:
 6    Q.  Yes, thank you.  So I think it's the third page of
 7    Exhibit 9.  Thank you for your help.
 8              Then I just want to read -- reiterate.  Does this
 9    document tell you -- if you're looking at the upper left-hand
10    corner here, does this tell you the reason that they did relay
11    the line?
12    A.  Yes.
13    Q.  Okay.
14    A.  Said, in advance of paving.
15    Q.  Okay.  And understanding that, as the Court asked you
16    earlier, it does seem a little odd, doesn't it, that the pipe
17    had only been in the ground for three years before they relaid
18    it.
19    A.  Correct.  Yes.
20    Q.  That is unusual, isn't it?
21    A.  It is unusual.
22    Q.  Okay.  And yet nonetheless the reason is clear here, right?
23    A.  Yes.
24    Q.  And then, we talked before about leaks, and we looked at
25    the memo that I think is Exhibit 13.  You don't have to pull it
```

1   up again, but there was that memo that talks about leaks in the

2   line --

3   A.   Yes.

4   Q.   -- right?

5        And just to clarify, were those talking about gas

6   leaks or talking about leaks of any liquids?

7   A.   Gas leaks.

8   Q.   Okay.  And in that memo was there any indication that there

9   had been leaks of oil or tar out of the gas lines?

10  A.   No, not at all.

11  Q.   Okay.  And in response to some questions on cross-

12  examination asked by Mr. Brooks, he was asking you whether or

13  not you'd ever investigated the source of supply from a

14  manufactured gas plant going over a hundred years ago.  Do you

15  recall that?

16  A.   Yes.

17  Q.   Today Nicor system, as you testified, receives gas from a

18  variety of sources, isn't that right?

19  A.   Correct.

20  Q.   And on occasion have you had -- you had reason to

21  investigate where the gas came from?

22  A.   From time to time, yes.

23  Q.   Now, there was testimony, your -- Mr. Brooks has asked you

24  some questions about whether there was manufactured gas in the

25  Dodge line going back to the 1924, '25 timeframe.  Do you

1    recall that?

2    A.    Yes.

3    Q.    Okay.  And I mean, is it fair to say that it's your

4    understanding there would have been -- if gas coming from

5    Peoples at that point in time could have been manufactured as

6    well?

7    A.    Yes.

8    Q.    Okay.  So the issue was more, was there natural gas versus

9    manufactured gas, is that right?

10   A.    Yes.

11   Q.    Okay.  Now, Mr. Brooks asked you some questions about the

12   deposition you gave in June.  And he showed you a page and

13   asked you to look at a page.  I think it's page 142.  Let's

14   look at page 142 of your June deposition.  Okay?  And then

15   we'll go on to 143.

16         Now, if you look at page 143, Mr. Brooks read you some

17   questions about gas flow.  Do you recall those questions about

18   gas flow?

19   A.    Yes.

20   Q.    And Mr. Brooks was relating those questions to the 24-inch

21   line on Dodge.  Do you recall that?

22   A.    Correct.

23   Q.    But if you go back to page 142, do you see that in fact

24   those questions related to the 48-inch line?

25   A.    Yes.

Fox - redirect                    94

1    Q.   Okay.  And that's at line 12 and -- line 12 and 13, isn't

2    that right?

3    A.   Yes.

4    Q.   Okay.  Now, we talked before, I think, in discussing your

5    qualifications, Mr. Fox, with respect to your needing to dig

6    into history.  Is it fair to say that as part of your -- your

7    work, you're looking at historical pipe drawings, pipe

8    schematics, and pipe -- and gas flow?  Is that accurate?

9    A.   Oh, yes.

10   Q.   And that's something you have done many times as part of

11   your daily work?

12   A.   Yes.

13   Q.   Okay.  Now, there was some discussion about I think who

14   else could review and develop the same kind of opinions that

15   you developed.  Do you recall that?

16   A.   Yes.

17   Q.   Okay.  And is it your point, Mr. Fox, that somebody needs

18   to understand the gas system and gas flow to reach opinions

19   you've reached?

20   A.   Yes, there is many different factors that I testified to.

21   And there is very few people in the organization that had my

22   experiences in the organization, especially the hydraulic

23   experiences.

24   Q.   Okay.  And are there people outside of the Nicor

25   organization?  You mention like the Southern Gas Association,

1   an industry group.  Are there other folks in -- as part of the

2   Southern Gas Association who would have the same ability to

3   review and read these documents?

4   A.  I think there will be people that could operate -- or could

5   come up with some of the same conclusions, but may not all of

6   them in combined package.  So they may be able to solve a

7   portion of the puzzle, but they can't -- they wouldn't be able

8   to solve all the portions of the puzzle.

9   Q.  Right.

10              And the fact that you have detailed knowledge of the

11  Nicor system garnered over your 38 years in your view clearly

12  helps you to better understand these documents since they

13  relate to the Nicor system?

14  A.  Very definitely, because if you look back at the drawings,

15  lot of the drawings, some of the habits of the drawings, even

16  in the '20s and '30s we still do today.  It's -- so it's

17  engrained in our thought process throughout our years of

18  service.

19              MR. TER MOLEN:  Okay.  Very good.  Thank you.

20              Nothing further, your Honor.

21              THE COURT:  Mr. Brooks, anything else?

22              MR. BROOKS:  No, your Honor.  Nothing further.  Thank

23  you.

24              THE COURT:  You may step down.  Thank you.  Someone

25  will recover those for you.

1     (Witness excused.)

2          THE COURT:  All right.  So I know we only scheduled --

3     we scheduled the hearing today to conclude with the testimony

4     from Mr. Fox.  What I'd like to do, however, is, I'd like to

5     take a lunch break since Mr. Fox is here.  And I would like to

6     hear argument on defendants' motion to amend their answer.

7     Okay?

8          And so it's 12:20 today.  Hopefully people have that,

9     are available.  I would like to hear argument.  And I'd also

10    like Mr. Fox to come back at 2:00 o'clock with regard to the

11    defendants' motion to amend.

12         Is that going to propose a scheduling problem for

13    anyone?

14         MR. BROOKS:  No, your Honor.  I don't believe so.

15         MR. TER MOLEN:  We are fine with that, your Honor.

16         THE COURT:  Mr. Fox is available too?

17         MR. FOX:  Yes.

18         THE COURT:  Very good.  So we will take a lunch break,

19    and I will see you back here at 2:00 o'clock.  Thank you.

20         MR. BROOKS:  Thank you.

21    (Which were all the proceedings heard in this case.)

22

23

24

25

1                              CERTIFICATE

2              I HEREBY CERTIFY that the foregoing is a true, correct

3    and complete transcript of the proceedings had at the hearing

4    of the aforementioned cause on the day and date hereof.

5

6    /s/Alexandra Roth                          7/20/2018
     _____        _____
7    Official Court Reporter                        Date
     U.S. District Court
8    Northern District of Illinois
     Eastern Division
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25