# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

City Of Evanston

                        Plaintiff,

v.                                                      Case No.: 1:16–cv–05692
                                                     Honorable John Z. Lee

Northern Illinois Gas Company, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 21, 2019:

      MINUTE entry before the Honorable John Z. Lee:Settlement conference held on 6/21/19. The parties agree to the terms of the settlement as stated on the record. This case is dismissed with prejudice with each side to bear their own cost and fees. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.